

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KC F I L E D
DEC 2 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 2 7 2007

IN RE: CASE NO.: 92 B 22111- Chapter 7

Dean E. Cochran,          Debtor-Plaintiff,          )
                                                      )
                                                      )    Case No.: 07 CV 6974
                                                      )
                                                      )
                                                      )    D.C. Judge:
                                                      )    Samuel Der-Yeghiayan
                                                      )
Vs.                                                   )
                                                      )
                                                      )
                                                      )    U.S. Trustee
                                                      )    William Neary
                                                      )
                                                      )
United Bank, et al.,      Defendant-Appellee,         )
                                                      )
SS. No.: 0949                                         )

## MOTION FOR STAY OF "ORDER" PENDING APPEAL
## BEFORE A BANKRUPTCY APPELLATE PANEL
## F. BANKR. R. 8005

1.      Dean E. Cochran, Debtor-Plaintiff, in the above-entitled proceeding and Appellant

herein, moves the Panel for an Order Staying Enforcement of Judgment or an Order, which

states, "that the Debtor seeks to file a motion to objection of order of court dated November

21st, 2007, by Debtor B.R. 7012-F.R.C.P. 45 and motion to extend automatic stay;

exceptions, injunctions, e all. The Debtor filed his petition 15 years ago, in 1992. Based on the

Debtor's repeated filing of request to reopen the case and documents requesting relief

from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order

enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal

documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor not seeks to file a motion to objection of order of court dated November

21st, 2007, by debtor B.R. 7012-F.R.C.P. 45 and motion to extend automatic stay; exceptions,

injunctions, et al. – Unite Bank et al. It raises no issue that has any potential merit and is

frivolous on its face". The motion seeking leave is denied, of the United States Bankruptcy

Court, entered on December 10th, 2007, pending Appellant's Appeal, therefrom. Appellant

further moves the Panel to waive the amount of such a bond or other security, if any, that

Appellant may be required to file or deposit in the Bankruptcy Court for reasons of undue

hardship. In support of this motion, the Appellant shows:

1. 2.        On November 9th, 2007, Appellant filed an application in the Bankruptcy Court for a
2.
3. Stay of Enforcement of the above-mentioned Order of Court. By its Order entered on
4.
5. October 19th, 2007, and October 22nd, 2007, the Bankruptcy Court denied the application or fail
6.
7. to grant the relief requested. A copy of such order is attached hereto as a part thereof.
8.
2. The Bankruptcy Court gave the following reasons for its action: That the Case had been filed
3.
4. 15 years ago, and that the Motion raises no issue that has any potential merit and is frivolous
5.
6.  on its face. Therefore, the Motion is Denied.
7.
3. 3.        An Order Staying the Enforcement of such Judgment or Order of the Bankruptcy Court
4.
5. pending Appellant's Appeal is necessary because the Orders of Court issued, ("Motion
6.
7. Seeking Leave To File Pursuant, etc."), which had been the basis of the Reopening of the
8.
9. Bankruptcy Petition, had been requested because the Officers of the Court, and several
10.
11. Interlopers, had been in receipt of Debtor's assets, or Money or Property, (before the December
12.
13. 22nd, 1998, Order which had been issued). The Debtor's case had been Reopened, in May of
14.
15. 2003, pertaining to the Motion For Redemption of Property, against Sal's Import Repair, (which
16.
17. had been amended to a Motion for Replevin), and the Motion for Reconsideration for Proof of

18.
19. Claims, which had been filed on November 21st, 1998. Tthe Debtor, has a legitimate right to
20.
21. properties, belonging to the estate of the Debtor, if the property in possession, is concealed
22.
23. by fraud or corruption, in which to deceive the Debtor, of property belonging to the Plaintiff.

**Wherefore,** for the above-mentioned facts pertaining to the Debtor's Appeal, Debtor

requests this Honorable Court, to grant this Motion, pending the outcome of the Appeal.

12/26/2007

U.S. Trustee                                        Dean E. Cochran/ Debtor-Plaintiff
William Neary                                     9335 South Merrill Avenue
227 West Monroe                                Chicago, Illinois  60617
Suite 3350                                           (773) 731-9302
Chicago, Illinois  60601


United Bank et al.
621 7th Street
Moundsville, W.Va.  26041
(304) 845-3367


## CERTIFICATE OF SERVICE

## SERVICE OF THE FOREGOING, MOTION FOR STAY OF PROCEEDINGS

**PENDING APPEAL**, WAS HAD by delivering a true copy thereof, to the Office of

the Clerk of Court of the U.S. Bankruptcy Court, located at the Dirksen Federal Courthouse,

219 South Dearborn Street, Room 713, Chicago, Illinois  60604, and William Neary, U.S

. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois  60601, and all parties to the Appeal.

All on this 27th, day of December, 2007, by Debtor, Dean E. Cochran.

12/27/2007

William Neary                                      Dean E. Cochran/ Debtor-Plaintiff
U.S. Trustee                                          9335 South Merrill Avenue
227 West Monroe                                 Chicago, Illinois  60617
Suite 3350                                            (773) 731-9302

Chicago, Illinois  60601
(312) 886-3350


United Bank et al.
621 7th Street
Moundsville, W.Va.  26041
(304) 845-3367

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 10, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | In Re Dean E. Cochran, Debtor | | |

**Brief Statement of Motion**    Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz (Automatic Stay withholding of mail delivery. Injunctions against fraud—18 U.S.C.A. Sec. 1341-1345(2),(B),(i) re: Dir., Barry S. Maram, Illinois Dept. of Healthcare and Family Services, 95th & Jeffrey Currency Exchange Corp.)

**Names and Addresses of moving counsel**

**Representing**

# ORDER

    IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Debtor seeks to file a motion re: automatic stay withholding of mail delivery. Injunctions against fraud—18 U.S.C.A. Sec. 1341-1345 (2),(B),(i).

The Debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

    The Debtor not seeks to file a motion re: automatic stay withholding of mail delivery. Injunctions against fraud —18 U.S.C.A. Sec. 1341-1345 (2),(B),(I) re: Dir., Barry A. Maram, Illinois Dept. of Healthcare and Family Services, 95th & Jeffrey Currency Exchange Corp., et al. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )
DEAN E. COCHRAN,                      )        92 B 22111
                                      )
        Debtor(s).                    )

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 10, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 10, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | In Re Dean E. Cochran, Debtor | | |

**Brief Statement of Motion**    Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz (Automatic Stay withholding of mail delivery. Injunctions against fraud—18 U.S.C.A. Sec. 1341-1345(2),(B),(i) re: Dir., Barry S. Maram, Illinois Dept. of Healthcare and Family Services, 95th & Jeffrey Currency Exchange Corp.)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

    IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Debtor seeks to file a motion re: automatic stay withholding of mail delivery. Injunctions against fraud—18 U.S.C.A. Sec. 1341-1345 (2),(B),(i).

The Debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

    The Debtor not seeks to file a motion re: automatic stay withholding of mail delivery. Injunctions against fraud —18 U.S.C.A. Sec. 1341-1345 (2),(B),(I) re: Dir., Barry A. Maram, Illinois Dept. of Healthcare and Family Services, 95th & Jeffrey Currency Exchange Corp., et al. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave is denied.

*Carol A. Doyle*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
DEAN E. COCHRAN,                    )        92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 10, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle