

# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date     **12/28/2007**

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

**KC F I L E D**

DEC 2 8 2007
DEC 28, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Case Number | **07 C 6974 / 92 B 22111** |
| Case Name | **Dean E. Cochran** |
| Notice of Appeal Filed | **12/3/07** |
| Appellant | **Dean E. Cochran** |

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| [ ] | Transmittal Letter and Civil Cover Sheet | [✓] | Supplemental to the Record |
| [ ] | Designation | [ ] | Notice of Appeal |
| [ ] | Statement of Issues | [ ] | Copy of Documents Designated |
| [ ] | Transcript of Proceeding | [ ] | Exhibits |
| | | [ ] | Expedited Notice of Appeal |
| | | [ ] | Certified Copy of Docket Sheet |

Additional Items Included

[ ] _____

_____

[ ]   Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

[✓]   **Appellant Designation of items to be included in record and Statement of Issues.**

Previous D C Judge    **Der Yeghiayan/Nolan**    Case Number _____

By Deputy Clerk    _G. Ro_____



UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 2 7 2007

KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

IN RE:  CASE NO.: 92 B 22111

Dean E. Cochran,                    Debtor-Appellant,       )
                                                            )
                                                            )
                                                            )
                                                            )
                                                            )   Chief Judge:
                                                            )   Carol A. Doyle
                                                            )
Vs.                                                         )
                                                            )
                                                            )
                                                            )   U.S. Trustee
                                                            )   William Neary
                                                            )
United Bank et al.,                 Defendant-Appellees,    )
                                                            )

SS. No.:  0949

### Designation Of Items To Be Included In Record
### On Appeal And Statement Of Issues To Be Presented--By Appellant
### Fed. R. Bankr. P. 8006

### DESIGNATION OF RECORD AND STATEMENT OF ISSUES

Pursuant to Rule 8006 of the Bankruptcy Rules, Dean E. Cochran, The Debtor-Plaintiff, in the

above-entitled action and Appellant herein, designates the following contents for inclusion in the Record on

Appeal:

Debtor, herein stated, as Dean E. Cochran, Appellant, in the above-named Appeal to the

Bankruptcy Appellant Panel, states as follows:

1.      That the Debtor, on the Original Notice of Appeal, filed with the

Clerk of Court, on December 3rd, 2007, filed a Statement of Facts, 2. Questions to be Presented.  3.

Relief  Sought.  4.  Reasons why Notice of Appeal should be Granted.  5.  Order complained of. and the

6.  Order of Bankruptcy Court, dated November 21st,2007.

On this particular Notice of Appeal, Debtor made his intentions sought in relation to the Appeal,

that had been mailed to all Appellees'.  Furthermore, Debtor did not head the Notice of Appeal, as "Record

On Appeal", as Debtor, made the relief sought, and additional statements presented on original Notice of

Appeal.  Nevertheless, Debtor, will again make Statement of Issues presented to all Appellees', listed on

Debtor's, Service List, on Page 4 on the December 3rd, 2007, Notice of Appeal.

Contents For Inclusion In The Record On Appeal lists as follows:

1.      Order of Court dated July 19th, 2007,- "Motion Seeking Leave To File Pursuant To Order Of Judge

Erwin I. Katz".

2.      Order of Court dated August 15th, 2007, "Motion Seeking Leave To File Pursuant To Order Of

Judge Erwin I. Katz". Motion For Discovery.

3.      Order of Court dated August 15th, 2007, "Motion Seeking Leave To File Pursuant To Order Of

Judge Erwin I. Katz". Motion To Vacate Order For Relief.

4.      Order of Court dated September 27th, 2007, "Motion Seeking Leave To File Pursuant To Order
Of

Judge Erwin I. Katz". Notice of Motion To Objection To Order of Court dated,  August 15th, 2007.

5.      Order of Court dated September 27th, 2007, "Motion Seeking Leave To File Pursuant To Order
Of

Judge Erwin I. Katz".  Motion To Amend To Correct Name Of Defendant.

6.      Order of Court dated September 27th, 2007. "Motion Seeking Leave To File Pursuant To Order
Of

Judge Erwin I. Katz".  Notice of Motion and Or Objection to Order of Court dated August 15th, 2007 to

Debtor's Motion For Discovery.

7.      Order of Court dated September 27th, 2007.  As Stated:  IT IS ORDERED that pursuant to the

Order entered on December 22, 1998 by Judge 'Erwin I. Katz, documents 95, 95 & 97 are stricken from

the record.

8.      Order of Court dated October 19, 2007.  "Motion Seeking Leave To File, etc."  Plaintiff's Motion
re;

Nonautomatic Stay, Notice of Stay et al.

9.      Order of Court dated Octover 19th, 2007.  "Motion Seeking Leave To File, etc."  Plaintiff's

Complaint To Compel Turnover of Certain, etc.", from Defendant United Bank,  21 12th Street,
Wheeling,

W.Va.

10.     Order of Court Dated October 19th, 2007.  "Motion Seeking Leave To File, etc."  Plaintifff's

Complaint For Turnover Order against Defendant, Sylvia Perez.

11.     Order of Court dated October 19th, 2007.  "Motion Seeking Leave To File Pursuant To Order Of

Judgej Erwin I. Katz. Plaintiff's Complaint to Compel Turnover of Cerain Property from Defendant, Sal's Import Repair.

12.    Order of Court dated October 19th, 2007. "Motion Seeking Leave To File Pursuant To Order Of Judge Erwin I. Katz". Plaintiff's Cimplaint to Compel Turnover Of Certain Property From Defendant, Ace Garage.

13.    Order of Court dated November 21st, 2007. "Motion Seeking Leave To File Pursuant To Order Of

Judg Erwin I. Katz". Debtor's Motion To Reimburse in re: U.S. Treasury.

14.    Order of Court dated, November 21st, 2007. "Motion Seeking To File Pursuant To Order Of Judge

Erwin I. Katz". Plaintiff's Complaint to Compel Turnover Of Certain Property From Defendant, J.P. Morgan

ChaseBank, National Assoc., (fka), Wheeling National Bank.

15.    Order of Court dated, November 21st, 2007. "Motion Seeking Leave To File Pursuant To Order Of

Judge Erwin I. Katz". Plaintiff's Complaint To Compel Turnover Of Certain Property From Defendant,

United Bank, 21 12th Street, Wheeling, W.Va. 26003.

16.    Order of Court dated, November 21st, 2007. "Motion Seeking Leave To File Pursuant To Order Of

Judge Erwin I. katz'. Plaintiff's Complaint To Compel Turnover Of Certain Property From Defendant,

National City Bank.

17.    Order of Court dated, November 21st, 2007. "Motion Seeking Leave, etc., Plaintiff's Complaint To

Compel, etc., First Chicago Corporation, (fka) Banc One, aka Chase Bank.

18.    Order of Court dated. November 21st, 2007. "Motion Seeking Leave", etc., Plaintiff's Complaint To

Compel, etc., Shore Bank.

        Appellant further states that he intends to present the following issues on Appeal:

1.    Orders of Court dated December 22, 1998, by Bankruptcy Court Judge Erwin I. Katz, should be Stricken, by the BAP, for reasons that will be discussed, through the Appeal.

2.    That the Receiver, as according to the Bankruptcy Act, of 1898, allows 0.05 percent of Debtor's Estate or Property that arises during a Bankruptcy Petition or Claim.



3.       Such further relief as the Court deems fit.

Wherefore, Debtor, prays this Honorable Court to grant Debtor's Disignation of Record And

Statement Of Issues, now entered before the Court.

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOLLOWING, RECORD ON APPEAL**, was had by true copy thereof, by

delivering a copy the the Office of the Clerk Of Court of the U.S. Bankruptcy Court, located at the Dirksen

Federal Building, 219 South Dearborn Street, Room 713, Chicago, Illinois  60604, and William Neary, U.S.

Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois  60601, and all parties to the Appeal, all on this

27th day of December, 2007, by Debtor, Dean E. Cochran.

12/27/2007

_____
Dean E. Cochran/ Debtor-Plaintiff



# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. | |
| Title of Case | Dean E. Cochran | | |

**Brief Statement of Motion**   Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Complaint for turnover order re: Shore Bank)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.   Plaintiff seeks to file a "Complaint For Turnover Order." The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint for Turnover Order, naming Shore Bank as the defendant.  It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave to file the complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. |
| Title of Case | Dean E. Cochran | |

**Brief Statement of Motion**  Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint to compel turnover of certain property from defendant, First Chicago

Corporation, (fka) Banc One, aka Chase Bank)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant." The debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming First Chicago Corporation, (fka) Banc One, (aka) Chase Bank as the defendant. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave to file the complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )        Chapter 7
                                    )
DEAN E. COCHRAN,                    )        92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

        The undersigned hereby certifies that on November 21, 2007, she caused to be served via
First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | November 21, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | Dean E. Cochran | | |

**Brief Statement of Motion**   Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint to compel turnover of certain property from defendant, National City Bank)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.   Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant." The debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming National City Bank as the defendant. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave to file the Complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )      Chapter 7
                                    )
DEAN E. COCHRAN,                    )      92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle



# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. | |
| Title of Case | Dean E. Cochran | | |

Brief
Statement of Motion    Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint to compel turnover of certain property from defendant, United Bank)

Names and Addresses
of moving counsel

Representing

# ORDER

    IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.   Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant."  The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

    The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming United Bank as the defendant.  It raises no issue that has any potential merit and is frivolous on its face.  The motion seeking leave to file the Complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle



# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | November 21, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | Dean E. Cochran | | |

**Brief Statement of Motion**

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint to compel turnover of certain property from defendant, J.P. Morgan ChaseBank, National Assoc., (fka), Wheeling National Bank)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

   IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.   Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant." The debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

   The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming J.P. Morgan ChaseBank, National Assoc., (fka), Wheeling National Bank, as the defendant.  It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave to file the Complaint is denied.

*Carol A. Doyle*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )    Chapter 7
                                          )
DEAN E. COCHRAN,                          )    92 B 22111
                                          )
        Debtor(s).                        )

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. | |
| Title of Case | Dean E. Cochran | | |

Brief Statement of Motion

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Request for waiver of service of summons and notice of complaint regarding U.S. Treasury)

Names and Addresses of moving counsel

Representing

# ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  The Court denied the debtor's motion seeking leave to file a motion to reimburse regarding U.S. Treasury.  Therefore there is no summons or complaint to be served.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )       Chapter **7**
                                          )
DEAN E. COCHRAN,                          )       92 B 22111
                                          )
        Debtor(s).                        )

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via
First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_Tina M. Devine_

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle



## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | November 21, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | Dean E. Cochran | | |

**Brief Statement of Motion**   Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Debtor's motion to reimburse re: U.S. Treasury)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.   Plaintiff seeks to file a Motion to reimburse re: U.S. Treasury. The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Motion to reimburse re: U.S. Treasury.  It raises no issue that has any potential merit and is frivolous on its face.  The motion to reimburse re: U.S. Treasury is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )        Chapter 7
                                    )
DEAN E. COCHRAN,                    )        92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 10, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | In Re Dean E. Cochran, Debtor | | |

**Brief Statement of Motion**    Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz (Automatic Stay withholding of mail delivery. Injunctions against fraud—18 U.S.C.A. Sec. 1341-1345(2),(B),(i) re: Dir., Barry S. Maram, Illinois Dept. of Healthcare and Family Services, 95th & Jeffrey Currency Exchange Corp.)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Debtor seeks to file a motion re: automatic stay withholding of mail delivery. Injunctions against fraud—18 U.S.C.A. Sec. 1341-1345 (2),(B),(i).

The Debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor not seeks to file a motion re: automatic stay withholding of mail delivery. Injunctions against fraud --18 U.S.C.A. Sec. 1341-1345 (2),(B),(I) re: Dir., Barry A. Maram, Illinois Dept. of Healthcare and Family Services, 95th & Jeffrey Currency Exchange Corp., et al. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave is denied.

*Carol A. Doyle*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
DEAN E. COCHRAN,                          )       92 B 22111
                                          )
        Debtor(s).                        )

CERTIFICATE OF MAILING

   The undersigned hereby certifies that on December 10, 2007, she caused to be served via
First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 10, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | In Re Dean E. Cochran, Debtor | | |

**Brief Statement of Motion**

Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz

(Motion to Objection of order of court dated November 21ˢᵗ, 2007 by Debtor B.R. 7012 - F.R.C.P. 46

and Motion to extend automatic stay; exceptions, injunctions, et al. - United Bank, et al.)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Debtor seeks to file a motion to objection of order of court dated November 21ˢᵗ, 2007, by debtor B.R. 7012-F.R.C.P. 46 and motion to extend automatic stay; exceptions, injunctions, et al. The Debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor not seeks to file a motion to objection of order of court dated November 21st, 2007, by debtor B.R. 7012-F.R.C.P. 46 and motion to extend automatic stay; exceptions, injunctions, et al. - United Bank, et al. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave is denied.

*Carol A. Doyle*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
DEAN E. COCHRAN,                          )          92 B 22111
                                          )
        Debtor(s).                        )

CERTIFICATE OF MAILING

        The undersigned hereby certifies that on December 10, 2007, she caused to be served via
First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle