FILED
1 - 2 - 2008
JAN - 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:      CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor, | ) |
| | | ) |
| | Appellant, | ) |
| | | ) |
| Vs. | | ) |
| | | ). |
| | | ) |
| | | ) |
| | | ) |
| | | ) |
| Carol L. Adams –Secretary, Illinois Depart.- | | ) |
| ment of Human Services, Office of the Comp- | | ) |
| troller, | | ) |
| | | ) |
| | | ) |
| | Defendant- | ) |
| | Appellee, | ) |
| | | ) |
| SS. No.: 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 | | ) |

D. C. JUDGE: Samuel Der-Yerghiayan

William Neary
U.S. Trustee

Chapter 7

Case No.: 07 CV 6974

### Motion To Amend Name Of Defendant
### B.R. 7015- F.R.C.P. 15 ©,(3), (B)

### MOTION FOR PRELIMINARY INJUNCTION
### B.R. 8011—F.R.C.P. 65 (a)

### Withholding Of Mail Delivery

### Injunctions Against Fraud—18 U.S.C.A. 1341-1345 (2), (B), (i),

**Debtor, Dean E. Cochran,** hereby moves the Court for a Preliminary Injunction, under the authority of F.R.C.P. 65 (a) and 18 U.S.C.A. Sec. 1341-1345 (2), (B), (i), enjoining the Illinois Department of Human Services and the Office of the Comptroller, Appellees', its officers, agents, employees, Attorneys, etc., and all those in active concert or participation with the above-stated parties, to withhold from further mailing, distribution,  and transferring, any and all of Debtor's, (Mailed Negotiable Instruments),Public Aid

1

Benefits, in the amounts of approximately $180,000.00, and Social Security-Disability Benefits, in the approximate amount of $20 Million Dollars per month, and or monetary funds belonging to the Debtor, Dean E. Cochran, and Dependants, Jalonii K.M. Gallaway, Dominique S. L. Gallaway, and Sakita T.R. Gallaway in which, are mailed to the following addresses, and former addresses, of the Debtor, in which an address list encompasses as follows:

1. Dean E. Cochran, 9335 South Merrill Avenue, Chicago, Illinois 60617.

2. Dean E. Cochran, 501 W Lake Street, Maywood, Illinois (Zip Code) N/A.

   Several Parties, in the past, have been endorsing, distributing, cashing, and withholding, the benefits, belonging to the Debtor, over a 14 year period, and Debtor seeks redress, pending a final hearing and determination, of the merits in the above-entitled action which must be concluded. Unless Appellee, is Restrained and Enjoined by Order of this Court, Debtor, will suffer immediate and irreparable injury, loss and damage. This Motion is made on the additional ground that Debtor has no adequate remedy at law other than an Injunctive Order.

   **WHEREFORE,** Debtor-Appellant, Dean E. Cochran, prays this Honorable Court for an issuance of Injunctive Relief against the above-stated Appellees, and to preclude, the Appellees', to delay the mailing and distribution of Debtor's assets moneys, checks, Public Aid Benefits, SSI-Disability Benefits, in addition to Debtor's three Dependant Children's Disability Checks, in which are 50%, of Debtor's monthly income, etc., (Mailed), to the address and former addresses, of the Debtor, herein stated as Dean E. Cochran. Furthermore, Debtor, requests the Appellees', to withhold, from direct-delivery of Debtor's mail, as Debtor will pick-up the mail by personal delivery on the 9th day of the month, hereinafter, to avoid further fraud.

2

1.   Debtor, requests the Appellees', to respond to the Injunction within 7 days after

delivery to the address of the Defendants'.

01/02/2008                                   Respectfully Submitted,

William Neary                                Dean E. Cochran/ Debtor-Appellant
U.S. Trustee                                 9335 South Merrill Avenue
227 West Monroe                              Chicago, Illinois 60617
Suite 3350                                   (773) 731-9302
Chicago, Illinois 60601
(312) 886-3320

## CERTIFICATE OF SERVICE

### SERVICE OF THE FOREGOING, MOTION FOR PRELIMINARY INJUNCTION,

(Withholding Of Mail Delivery), was had by mailing a true copy thereof, to the address of the

Appellees, and forwarded to the Clerk of the U.S. District Court for the Northern District of Illinois,

Eastern Division, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor,

Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe Street, Suite 3350,

Chicago, Illinois 60601, all on this 2nd day of January , 2008, by Debtor, Dean E. Cochran.

01/02/2008                                   Dean E. Cochran/ Debtor-Appellant
Carol L. Adams-Secretary                     9335 South Merrill Avenue
Illinois Department of Human Services        Chicago, Illinois 60617
Harris Building                              (773) 731-9302
100 S. Grand Avenue
Springfield, Illinois 62762
(217) 557-1601

Office of the Comptroller
Records Center
325 W. Adams
Springfield, Illinois 62704
1-800-877-8078
(217) 782-5897

3

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois  60601
(312) 886-3320