FILED
1-2-2008
JAN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: CASE NO.: 92 B 22111

Dean E. Cochran,        Debtor-Appellant,       )
                                                )   07cv6974
                                                )
                                                )
                                                )   D.C. Judge: Samuel Der-Yeghiayan
                                                )
Chapter 7                                       )
                                                )
                                                )
                                                )
Carol L. Adams-Secretary, Illinois Department of )
Human Services, Office of the Comptroller,      )
                                                )   William Neary
                                                )   U.S. Trustee
                                                )
                      Defendant-Appellee,       )
                                                )   07-CV 6974
SS. No.: 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                            )

## NOTICE OF FILING

### IN RE: ALL PARTIES TO THE APPEAL

**PLEASE TAKE NOTICE**, that on Wednesday, January 2nd, 2008, at approximately, 3:30 P.M., C.S.T., the Debtor, Dean E. Cochran, will file a Motion For Preliminary Injunction, to the Bankruptcy Appellate Panel, in reference to specific statutes and Rules of Court in regard to the above-stated Motion, filed with the Clerk Of Court of the U.S. District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois 60604. All parties may file their Response and or Objections, to the Motion, within 7 days, after filing of this Motion.

                                                Dean E. Cochran/ Debtor-Appellant

William Neary                                   9335 South Merrill Avenue
U.S. Trustee                                    Chicago, Illinois 60616
227 West Monroe                                 (773) 731-9302
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

1

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF FILING**, was had by delivering a true copy thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois 60604, and William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and the address of the Defendant-Appellees', at their last known addresses, by U.S. Mail, Postage Pre-Paid, all on this 2nd day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/02/2008
William Neary
U.S. Trustee
227 West Monroe
Suite 227
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

Carol. L. Adams – Secretary
Department of Human Services
100 South Grand Avenue, 3rd Floor
Springfield, Illinois 62762
(217) 557-1601

Office of the Comptroller
Records Center
325 W. Adams
Springfield, Illinois 62704
1-800-877-8078
(217) 782-5897

2