# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:  CASE NO.: 92 B 22111

Dean E. Cochran,        Debtor-Appellant,

)
)
)
)  Case No.:  07 CV 6974
)
)  Chief Judge:  Carol A. Doyle
)
Vs.
)
)
)  William Neary
)  U.S. Trustee
)
)
United Bank et al.,        Defendant-Appellees,
)
)  Chapter 7
SS. No.: 0949
)



## Debtor-Appellant's Record On Appeal- Included Designation Of Items

Pursuant to Rule 8006 of the BAnakruptcy Rules, Dean E. cochran, the Debtor-Plaintiff, in the

above-entitled action and Appellant herein, disignates the following contents for inclusion in the Record on

Appeal.  Record from the Orders of Court, of the U.S. Bankruptcy Court, stemming from July 19th, 2007,

through December 20th, 2007, are attached hereto, listed as **(Exhibit A).**

_____ **Wherefore,** Debtor's Request that the Record On Appeal, listed as (Exhibit A), be Granted.

1/4/2008

Respectfully Submitted,

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

U.S. Trustee
William Neary
227 West Monroe
Suite 3350
Chicago, Illinois  60601
(312) 886-3320

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, DEBTOR'S RECORD ON APPEAL,** was had by true copy thereof, by

delivering a copy to the Clerk of Court of the United States Bankruptcy Court, located at the Dirksen

Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and William Neary,

U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois  60601, and all parties to the Appeal, all on

this 4th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

1/4/2008

United Bank et al.
21 12th Street
Wheeling, W. Va.  26003

Dean E. Cochran/ Debtor-Plaintiff
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

U.S Trustee
William Neary
227 West Monroe
Suite 3350
Chicago, Illinois  60601
(312) 886-3320

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable    Carol A. Doyle

Bankruptcy Case No.    92 B 22111

Hearing Date    July 19, 2007

Adversary No.

Title of Case    In Re Dean E. Cochran, Debtor

Brief
Statement of Motion    Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. The debtor's case was closed in April 1994. The debtor is now seeking to file an action for turnover against a U.S. District Court judge that is frivolous on its face.

EXHIBIT (A.)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )     Chapter 7
                                            )
                                            )     92 B 22111
DEAN E. COCHRAN,                            )
                                            )
        Debtor(s).                          )

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on July 20, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Hearing Date _____ August 15 , 2007 _____

Honorable    Carol A. Doyle _____    Adversary No. _____

Bankruptcy Case No.    _____ 92 B 22111 _____

Title of Case    In Re Dean E. Cochran, Debtor _____

Brief
Statement of Motion    Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz

(Motion for Discovery)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge

Erwin I. Katz is denied.  The debtor's case was closed in April 1994.  The debtor is now seeking

to file a motion for discovery that is frivolous on its face.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )    Chapter 7
                                      )
DEAN E. COCHRAN,                      )    92 B 22111
                                      )
        Debtor(s).                    )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on August 15, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** _Carol A. Doyle_

**Hearing Date** _August 15 , 2007_

**Bankruptcy Case No.** _92 B 22111_

**Adversary No.** _____

**Title of Case** _In Re Dean E. Cochran, Debtor_

**Brief Statement of Motion**

_Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz_

_(Motion to Vacate Order for Relief)_

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  The debtor's case was closed in April 1994.  The debtor is now seeking to file a motion to vacate order for relief that is frivolous on its face.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )        Chapter 7
                                          )
                                          )        92 B 22111
DEAN E. COCHRAN,                          )
                                          )
        Debtor(s).                        )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on August 15, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| | | Hearing Date | September 27, 2007 |
| Honorable | Carol A. Doyle | Adversary No. | |
| Bankruptcy Case No. | 92 B 22111 | | |
| Title of Case | In Re Dean E. Cochran, Debtor | | |

Brief Statement of Motion

Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz

(Notice of motion to objection to order of court dated August 15th, 2007)

Names and Addresses of moving counsel

Representing

## ORDER

IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. The debtor's case was closed in April 1994. The debtor is now seeking to file a notice of motion to objection to order of court dated August 15th, 2007 that is frivolous on its face.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on September 27, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date**  September 27, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** |
| **Title of Case** | In Re Dean E. Cochran, Debtor | |

**Brief Statement of Motion**  Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz

(Motion to amend to correct name of defendant)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. The debtor's case was closed in April 1994. The debtor is now seeking to file a motion to amend to correct name of defendant that is frivolous on its face.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                  )     Chapter 7
                        )
DEAN E. COCHRAN,        )     92 B 22111
                        )
       Debtor(s).         )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on September 27, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable — Carol A. Doyle

Hearing Date — September 27, 2007

Bankruptcy Case No. — 92 B 22111

Adversary No. _____

Title of Case — In Re Dean E. Cochran, Debtor

Brief
Statement of Motion — Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz

(Notice of motion and or objection to order of court dated August 15th, 2007 to debtor's motion

for discovery)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of
Judge Erwin I. Katz is denied. The debtor's case was closed in April 1994. The debtor is
now seeking to file a notice of motion and or objection to order of court dated August 15th,
2007 to debtor's motion for discovery that is frivolous on its face.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that on September 27, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable ___Carol A. Doyle_____

Bankruptcy Case No. ___92 B 22111_____

Title of Case ___In Re Dean E. Cochran, Debtor_____

Hearing Date ___September 27, 2007___

Adversary No. _____

Brief
Statement of Motion

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that pursuant to the order entered on December 22, 1998 by
Judge Erwin I. Katz documents 95, 96 & 97 are stricken from the record.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on September 27, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable  Carol A. Doyle                     Hearing Date  October 19, 2007

Bankruptcy Case No.  92 B 22111              Adversary No. _____

Title of Case  Dean E. Cochran _____

Brief
Statement of Motion  Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's motion re: nonautomatic stay, notice of stay et al.)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a Motion re: nonautomatic stay, notice of stay, etal.  The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Motion re: nonautomatic stay, notice of stay, et al. against United Bank as the defendant.  It raises no issue that has any potential merit and is frivolous on its face.  The motion re: nonautomatic stay, notice of stay, etal is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )        Chapter 7
                                          )
                                          )        92 B 22111
DEAN E. COCHRAN,                          )
                                          )
        Debtor(s).                        )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on October 19, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Honorable | Carol A. Doyle |
| Bankruptcy Case No. | 92 B 22111 |
| Title of Case | Dean E. Cochran |

Hearing Date  October 19, 2007

Adversary No.

**Brief Statement of Motion**  Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint to compel turnover of certain property from defendant, United Bank)

**Names and Addresses of moving counsel**

**Representing**

# ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant."  The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming United Bank as the defendant.  It raises no issue that has any potential merit and is frivolous on its face.  The motion seeking leave to file the Complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on October 19, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable    Carol A. Doyle

Hearing Date   October 19, 2007

Bankruptcy Case No.    92 B 22111

Adversary No. _____

Title of Case    Dean E. Cochran

Brief
Statement of Motion

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint for turnover order against defendant, Sylvia Perez)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Plaintiff seeks to file a "Plaintiff's Complaint for Turnover Order From Defendant." The debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint for Turnover Order from Defendant, naming Sylvia Perez as the defendant. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave to file the Complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )        Chapter 7
                                    )
DEAN E. COCHRAN,                    )        92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on October 19, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable    Carol A. Doyle                          Hearing Date  October 19, 2007

Bankruptcy Case No.    92 B 22111                    Adversary No. _____

Title of Case    Dean E. Cochran

Brief    Motion seeking leave to file pursuant to order of Judge Erwin I. Katz
Statement of Motion    (Plaintiff's complaint to compel turnover of certain property from defendant, Sal's Import Repair)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant."  The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming Sal's Import Repair as the defendant.  It raises no issue that has any potential merit and is frivolous on its face.  The motion seeking leave to file the Complaint is denied.

Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  ) Chapter 7
  )
DEAN E. COCHRAN,  ) 92 B 22111
  )
  Debtor(s).  )

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on October 19, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Honorable | Carol A. Doyle |
| Bankruptcy Case No. | 92 B 22111 |
| Title of Case | Dean E. Cochran |

Hearing Date October 19, 2007

Adversary No.

Brief Statement of Motion: Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint to compel turnover of certain property from defendant, Ace Garage)

Names and Addresses of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant." The debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming Ace Garage as the defendant. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave to file the Complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )        Chapter 7
                                    )
DEAN E. COCHRAN,                    )        92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on October 19, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable  Carol A. Doyle                    Hearing Date  October 22, 2007

Bankruptcy Case No.      92 B 22111          Adversary No.

Title of Case  Dean E. Cochran

Brief
Statement of Motion    Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Request for waiver of service of summons and notice of complaint regarding Sylvia Perez)

Names and Addresses
of moving counsel

Representing

# ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of

Judge Erwin I. Katz is denied.  The Court denied the debtor's motion seeking leave

to file a complaint for turnover order against defendant, Sylvia Perez on October 19, 2007.

Therefore, there is no summons or complaint to be served.

*Carol A. Doyle*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on October 22, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. | |
| Title of Case | Dean E. Cochran | | |

Brief
Statement of Motion

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Debtor's motion to reimburse re: U.S. Treasury)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a Motion to reimburse re: U.S. Treasury. The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Motion to reimburse re: U.S. Treasury.  It raises no issue that has any potential merit and is frivolous on its face.  The motion to reimburse re: U.S. Treasury is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. |
| Title of Case | Dean E. Cochran | |

Brief
Statement of Motion    Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Request for waiver of service of summons and notice of complaint regarding U.S. Treasury)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. The Court denied the debtor's motion seeking leave to file a motion to reimburse regarding U.S. Treasury. Therefore there is no summons or complaint to be served.

_Carol A. Doyle_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )        Chapter 7
                                    )
DEAN E. COCHRAN,                    )        92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable    Carol A. Doyle        Hearing Date   November 21, 2007

Bankruptcy Case No.    92 B 22111        Adversary No. _____

Title of Case    Dean E. Cochran _____

Brief
Statement of Motion    Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint to compel turnover of certain property from defendant, J.P. Morgan ChaseBank,

National Assoc., (fka), Wheeling National Bank)

Names and Addresses
of moving counsel

Representing

## ORDER

     IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant." The debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

     The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming J.P. Morgan ChaseBank, National Assoc., (fka), Wheeling National Bank, as the defendant. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave to file the Complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable       Carol A. Doyle                          Hearing Date  November 21, 2007

Bankruptcy Case No.        92 B 22111                   Adversary No.

Title of Case   Dean E. Cochran

Brief           Motion seeking leave to file pursuant to order of Judge Erwin I. Katz
Statement of Motion   (Plaintiff's complaint to compel turnover of certain property from defendant, United Bank)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant."  The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming United Bank as the defendant.  It raises no issue that has any potential merit and is frivolous on its face.  The motion seeking leave to file the Complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )        Chapter 7
                                          )
DEAN E. COCHRAN,                          )        92 B 22111
                                          )
        Debtor(s).                        )

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617


Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** November 21, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** |
| **Title of Case** | Dean E. Cochran | |

**Brief Statement of Motion**    Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint to compel turnover of certain property from defendant, National City Bank)

**Names and Addresses of moving counsel**

**Representing**

# ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.   Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant."  The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming National City Bank as the defendant.  It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave to file the Complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. | |
| Title of Case | Dean E. Cochran | | |

**Brief Statement of Motion**

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Plaintiff's complaint to compel turnover of certain property from defendant, First Chicago

Corporation, (fka) Banc One, aka Chase Bank)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a "Plaintiff's Complaint to Compel Turnover of Certain Property From Defendant."  The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint to Compel Turnover of Certain Property from Defendant, naming First Chicago Corporation, (fka) Banc One, (aka) Chase Bank as the defendant.  It raises no issue that has any potential merit and is frivolous on its face.  The motion seeking leave to file the complaint is denied.

*Carol A. Doyle*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. |
| Title of Case | Dean E. Cochran | |

Brief Statement of Motion

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Complaint for turnover order re: Shore Bank)

Names and Addresses of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a "Complaint For Turnover Order."  The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint for Turnover Order, naming Shore Bank as the defendant.  It raises no issue that has any potential merit and is frivolous on its face.  The motion seeking leave to file the complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable    Carol A. Doyle

Bankruptcy Case No.    92 B 22111

Title of Case    Dean E. Cochran

Hearing Date    November 21, 2007

Adversary No.

Brief
Statement of Motion

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Request for waiver of service of summons and notice of complaint regarding

J.P. Morgan ChaseBank, National Assoc., (fka), Wheeling National Bank)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of
Judge Erwin I. Katz is denied.  The Court denied the debtor's motion seeking leave to file
a complaint for turnover of certain property against defendant, J.P. Morgan ChaseBank,
National Assoc., (fka), Wheeling National Bank on November 21, 2007.  Therefore, there is
no summons or complaint to be served.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | November 21, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | Dean E. Cochran | | |

**Brief Statement of Motion**   Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Request for waiver of service of summons and notice of complaint regarding United Bank)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. The Court denied the debtor's motion seeking leave to file a complaint for turnover of certain property against defendant, United Bank, on November 21, 2007. Therefore, there is no summons or complaint to be served.

_Carol A. Doyle_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date  November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. |
| Title of Case | Dean E. Cochran | |

Brief
Statement of Motion

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Request for waiver of service of summons and notice of complaint regarding National City Bank)

Names and Addresses
of moving counsel

Representing

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of

Judge Erwin I. Katz is denied.  The Court denied the debtor's motion seeking leave to file

a complaint for turnover of certain property against defendant, National City Bank, on

November 21, 2007.  Therefore, there is no summons or complaint to be served.

*Carol A. Doyle*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. | |
| Title of Case | Dean E. Cochran | | |

**Brief Statement of Motion**

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Request for waiver of service of summons and notice of complaint regarding First Chicago

Corporation, (fka) Banc One, (aka) Chase Bank)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of

Judge Erwin I. Katz is denied. The Court denied the debtor's motion seeking leave to file

a complaint for turnover of certain property against defendant, First Chicago Corporation,

(fka) Banc One, (aka) Chase Bank, on November 21, 2007. Therefore, there is no summons

or complaint to be served.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Carol A. Doyle

**Hearing Date** November 21, 2007

**Bankruptcy Case No.** 92 B 22111

**Adversary No.**

**Title of Case** Dean E. Cochran

**Brief Statement of Motion**

Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Request for waiver of service of summons and notice of complaint regarding Shore Bank)

**Names and Addresses of moving counsel**

**Representing**

# ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. The Court denied the debtor's motion seeking leave to file a complaint for turnover order against defendant, Shore Bank, on November 21, 2007. Therefore, there is no summons or complaint to be served.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  )      Chapter 7
                                        )
DEAN E. COCHRAN,                        )      92 B 22111
                                        )
        Debtor(s).                      )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date  November 21, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. |
| Title of Case | Dean E. Cochran | |

**Brief Statement of Motion**  Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Debtor's motion re: automatic stay, exceptions, injunctions against United Bank, et al.)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.   Plaintiff seeks to file a Motion re: automatic stay, exceptions, injunctions against United Bank, et al.  The debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, On December 23, 1998, Judge Katz entered an order enjoining the debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Motion re: automatic stay, exceptions, injunctions against United Bank, et al.  It raises no issue that has any potential merit and is frivolous on its face.  The motion re: automatic stay, exceptions, injunctions against United Bank, et al. is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 21, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 10, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | In Re Dean E. Cochran, Debtor | | |

**Brief Statement of Motion**  Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz

(Motion to Objection of order of court dated November 21st, 2007 by Debtor B.R. 7012 - F.R.C.P. 46

and Motion to extend automatic stay; exceptions, injunctions, et al. - United Bank, et al.)

**Names and Addresses of moving counsel**

**Representing**

# ORDER

   IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Debtor seeks to file a motion to objection of order of court dated November 21st, 2007, by debtor B.R. 7012-F.R.C.P. 46 and motion to extend automatic stay; exceptions, injunctions, et al.  The Debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

   The Debtor not seeks to file a motion to objection of order of court dated November 21st, 2007, by debtor B.R. 7012-F.R.C.P. 46 and motion to extend automatic stay; exceptions, injunctions, et al. - United Bank, et al.  It raises no issue that has any potential merit and is frivolous on its face.  The motion seeking leave is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 10, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable    Carol A. Doyle         Hearing Date  December 10, 2007

Bankruptcy Case No.    92 B 22111        Adversary No.

Title of Case    In Re Dean E. Cochran, Debtor

Brief
Statement of Motion    Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz (Automatic Stay withholding of mail delivery. Injunctions against fraud—18 U.S.C.A. Sec. 1341-1345(2),(B),(i) re: Dir., Barry S. Maram, Illinois Dept. of Healthcare and Family Services, 95th & Jeffrey Currency Exchange Corp.)

Names and Addresses
of moving counsel

Representing

# ORDER

    **IT IS ORDERED** that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Debtor seeks to file a motion re: automatic stay withholding of mail delivery. Injunctions against fraud—18 U.S.C.A. Sec. 1341-1345 (2),(B),(i).

The Debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

    The Debtor not seeks to file a motion re: automatic stay withholding of mail delivery. Injunctions against fraud —18 U.S.C.A. Sec. 1341-1345 (2),(B),(I) re: Dir., Barry A. Maram, Illinois Dept. of Healthcare and Family Services, 95th & Jeffrey Currency Exchange Corp., et al. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
DEAN E. COCHRAN,                    )        92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 10, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 10, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | Dean E. Cochran | | |

**Brief Statement of Motion**  Motion seeking leave to file pursuant to order of Judge Erwin I. Katz (Complaint for turnover of certain property from defendant, J.P. Morgan ChaseBank, National Assoc., and motion for redemption B.R. 6008)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a "Complaint for turnover of certain property from defendant, J.P. Morgan ChaseBank, National Assoc. and motion for redemption B.R. 6008.  The Debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint for turnover of certain property from defendant, J.P. Morgan ChaseBank, National Assoc. and motion for redemption B.R. 6008.

It raises no issue that has any potential merit and is frivolous on its face.  The motion seeking leave to file the complaint and motion for redemption is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
DEAN E. COCHRAN,                    )        92 B 22111
                                    )
        Debtor(s).                  )

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 10, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | December 10, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. | |
| Title of Case | Dean E. Cochran | | |

**Brief Statement of Motion**  Motion seeking leave to file pursuant to order of Judge Erwin I. Katz (Complaint to compel turnover of certain property from defendant, United Bank, (fka), Half-Dollar Bank of Wheeling, and Ohio County Schools, (Clean Stream Program), (aka), Summer Youth Program, Co-Defendant)

**Names and Addresses of moving counsel**

**Representing**

# ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied.  Plaintiff seeks to file a "Complaint to compel turnover of certain property from defendant, United Bank, (fka), Half-Dollar Bank of Wheeling and Ohio County Schools, (Clean Stream Program), (aka), Summer Youth Program, Co-Defendant.  The Debtor filed his petition 15 years ago, in 1992.  Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint for turnover of certain property from defendant, United Bank, (fka), Half-Dollar Bank of Wheeling and Ohio County Schools, (Clean Stream Program), (aka), Summer Youth Program, Co-Defendant.  It raises no issue that has any potential merit and is frivolous on its face.  The motion seeking leave to file the complaint is denied.

*Carol G. Doyle*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
DEAN E. COCHRAN,                    )          92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 10, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 10, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | Dean E. Cochran | | |

**Brief Statement of Motion**  Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Complaint to compel turnover of certain property from defendant, 5th Lake Currency

Exchange)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

   **IT IS ORDERED** that the Debtor's Motion Seeking Leave to File Pursuant to Order

of Judge Erwin I. Katz is denied.   Plaintiff seeks to file a "Complaint to compel turnover of

certain property from defendant, 5th Lake Currency Exchange" The debtor filed his

petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the

case and documents requesting relief from the court in this closed proceeding, on December 23,

1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting

on his behalf, from filing any legal document in this case without obtaining leave of court

by the procedures specified in the order.

   The Debtor now seeks to file a Complaint to compel turnover of certain property from

defendant, 5th Lake Currency Exchange.  It raises no issue that has any potential merit

and is frivolous on its face.  The motion seeking leave to file the complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
DEAN E. COCHRAN,                    )       92 B 22111
                                    )
        Debtor(s).                  )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 10, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

_____
Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 10, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | Dean E. Cochran | | |

**Brief Statement of Motion**
Motion seeking leave to file pursuant to order of Judge Erwin I. Katz

(Complaint to compel turnover of certain property from defendant, 95th & Jeffrey Currency

Exchange Corp.)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the Debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Plaintiff seeks to file a "Complaint to compel turnover of certain property from defendant, 95th & Jeffrey Currency Exchange Corp." The debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal document in this case without obtaining leave of court by the procedures specified in the order.

The Debtor now seeks to file a Complaint to compel turnover of certain property from defendant, 95th & Jeffrey Currency Exchange Corp. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave to file the complaint is denied.

Carol A. Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
DEAN E. COCHRAN, )     92 B 22111
)
  Debtor(s). )

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 10, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | December 10, 2007 |
| **Bankruptcy Case No.** | 92 B 22111 | **Adversary No.** | |
| **Title of Case** | In Re Dean E. Cochran, Debtor | | |

**Brief Statement of Motion**

Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz

(Debtor's Verified Emergency Motion for Post-Petition Financing)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

    IT IS ORDERED that debtor's Motion Seeking Leave to File Pursuant to Order of Judge Erwin I. Katz is denied. Debtor seeks to file a verified emergency motion for post-petition financing. The Debtor filed his petition 15 years ago, in 1992. Based on the Debtor's repeated filing of request to reopen the case and documents requesting relief from the court in this closed proceeding, on December 23, 1998, Judge Katz entered an order enjoining the Debtor, Dean Cochran, or anyone acting on his behalf, from filing any legal documents in this case without obtaining leave of court by the procedures specified in the order.

    The Debtor now seeks to file a verified emergency motion for post-petition financing. It raises no issue that has any potential merit and is frivolous on its face. The motion seeking leave is denied.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | December 20, 2007 |
| Bankruptcy Case No. | 92 B 22111 | Adversary No. | |
| Title of Case | Dean E. Cochran | | |

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that pursuant to the order entered December 23, 1998 by

Judge Erwin I. Katz documents 177, 178 & 179 are stricken from the record.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DEAN E. COCHRAN, | ) | 92 B 22111 |
| | ) | |
| Debtor(s). | ) | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 20, 2007, she caused to be served via First Class Mail the attached Order to the persons listed below.

Dean E. Cochran
9335 South Merrill Avenue
Chicago, Illinois 60617

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle