# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6974 | **DATE** | 1/8/2008 |
| **CASE TITLE** | In Re: Dean E Cochran | | |

**DOCKET ENTRY TEXT**

    This matter is before the Court on an appeal from the United States Bankruptcy Court for the Northern District of Illinois. Pursuant to Federal Rule of Bankruptcy Procedure 8009, an appellant must serve and file an appellant's brief with the district court within 15 days after entry of the appeal on the docket. In the instant action, the appeal was docketed on December 12, 2007. Appellant has not filed an appellant's brief and the deadline has passed. We note that on December 20, 2007, Appellant filed a motion in this court relating to another order of the Bankruptcy Court. However, such motion does not constitute an appellant's brief in this action. Since Appellant has failed to file an appellant's brief within the 15 days mandated by the Federal Rules of Bankruptcy Procedure, Appellant's appeal is dismissed. All pending motions are denied as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|