# United States District Court
## Northern District of Illinois
### Eastern Division

Dean E Cochran                                **JUDGMENT IN A CIVIL CASE**

      v.                                                     Case Number: 07 C 6974

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Court's order dated 01/08/08 and because Appellant has failed to file an appellant's brief within the 15 days mandated by the Federal Rules of Bankruptcy Procedure, Appellant's appeal is dismissed.

                                                                   Michael W. Dobbins, Clerk of Court

Date: 1/8/2008                                    __Michael Wing_____
                                                        /s/ Michael A. Wing, Deputy Clerk