CH

KC **FILED**

JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:    CASE NO.: 92 B 22111

| | | | |
|---|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) | Chapter 7 |
| | | ) | |
| | | ) | |
| | | ) | D.C. Judge: Samuel Der-Yeghiayan |
| Vs. | | ) | |
| | | ) | |
| Oct10 | | ) | William Neary |
| | | ) | U.S. Trustee |
| | | ) | |
| United Bank, | | ) | Case No.: 07 CV 6974 |
| | | ) | |
| | Defendant-Appellees, | ) | N1 |
| | | ) | |
| SS. No.: 0949 | | ) | |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT
## BY DEFAULT AND AFFIDAVIT OF AMOUNT DUE
### Bankr. R. 7055

**Pursuant** to the attached Application for **Entry of Default Judgment,** the Defendant having failed

to Appear and the Defendant not being an Infant or Incompetent person and the time for appearance having

expired with the Defendant's fact of Default having been entered as certified above by the Clerk, you are

requested to enter a Default Judgment in favor of the Debtor-Appellant and against the Defendant in the

principal sum of $7 Billion Dollars, plus interest in the sum of $1.96 Billion Dollars, based on 28%, of $7

Billion [at the rate of 7.00%, through the date of the application], and costs in the sum of $51 Billion

Dollars ,making a total due of $60 Billion Dollars.

01/08/2008

_____
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

1

## CERTIFICATE OF SERVICE

**Service of the foregoing**, "Request For Judgment By Default And  Affidavit Of Amount Due", was

had by true copy thereof. by delivering a copy to the Clerk Of Court, of the U.S. District Court, Dirksen

Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois  60604, and to William Neary,

U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois  60601, and any and all Defendant's, all on

this 8th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/08/2008

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois  60601

United Bank
621 7th Street
Moundsville, W.Va.  26041
(304) 845-3367

2

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

**STATE OF ILLINOIS:**

**CITY OF CHICAGO:**

**COUNTY OF COOK:**

## AFFIDAVIT

In support of the Debtor's request that the Bankruptcy Court recommend and the Bankruptcy Appellate Panel enter Default Judgment against the above-named Defendant, the Debtor submits the following itemization of damages sought:

| | | |
|---|---|---|
| 1. | Principal Amount, prayed for in Complaint: | $7 Billion Dollars. |
| 2. | Prejudgment Interest | $1.96 Billion Dollars. |
| 3. | Costs For (Preparation) | $40 Million Dollars. |
| 4. | **TOTAL DAMAGES:** | **$991 Billion Dollars** |
| **5.** | **Total Costs:** | **$1 Trillion Dollars** |