**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KC **FILED**
JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| IN RE: CASE NO.: 92 B 22111 | | |
| Dean E. Cochran, Debtor-Appellant, | ) ) ) ) | |
| | ) | D.C. Judge: Samuel Der-Yeghiayan |
| Vs. | ) ) | |
| Oct10 | ) ) ) | William Neary U.S. Trustee |
| | ) | |
| Sal's Import Repair, | ) ) ) | Chapter 7 |
| Defendant-Appellees, | ) ) | Case No.: 07 CV 6974 |
| SS. No.: 0949 | ) | |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT BY DEFAULT AND AFFIDAVIT OF AMOUNT DUE
### Bankr. R. 7055

**Pursuant** to the attached Application for **Entry of Default Judgment,** the Defendant having failed to Appear and the Defendant not being an Infant or Incompetent person and the time for appearance having expired with the Defendant's fact of Default having been entered as certified above by the Clerk, you are requested to enter a Default Judgment in favor of the Debtor-Appellant and against the Defendant in the principal sum of approximately, $60 Million Dollars, plus interest in the sum of $14,118,000.00 Million Dollars, based on 23.53%, of $60 Million [at the rate of 5.325%, through the date of the application], and costs in the sum of $1 Million Dollars ,making a total due of $75,180,000.00 Dollars, (75 Million, 180 Thousand Dollars).

01/08/2008

_Dean E. Cochran_
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue

1

Chicago, Illinois  60617
(773) 731-9302

## CERTIFICATE OF SERVICE

**Service of the foregoing**, "Request For Judgment By Default And Affidavit Of Amount Due", was had by true copy thereof, by delivering a copy to the Clerk Of Court, of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois  60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois  60601, and any and all Defendant's, all on this 8th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/08/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois  60601

_____
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

Sal's Import Repair
2326 Chapline Street
Wheeling, W.Va.  26003

Attorney for the Defendant
Stephen Herndon
76 15th Street
Wheeling, W.Va.  26003
(304) 232-6330

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

**STATE OF ILLINOIS:**

**CITY OF CHICAGO:**

**COUNTY OF COOK:**

**AFFIDAVIT**

In support of the Debtor's request that the Bankruptcy Court recommend and the Bankruptcy Appellate Panel enter Default Judgment against the above-named Defendant, the Debtor submits the following itemization of damages sought:

| | | |
|---|---|---|
| 1. | Principal Amount, prayed for in Complaint: | $60 Million Dollars. |
| 2. | Prejudgment Interest | $14,118,000 Dollars. |
| 3. | Costs For (Preparation) | $1,000,000.00 Dollars. |
| 4. | TOTAL DAMAGES: | $75,180,000.00 Dollars |
| 5. | Total Award: | $75,180,000.00 Dollars |
| 6. | AMOUNT DEDUCTED: | |
| 7. | **AMOUNT DUE:** | **$75,180,000.00 Dollars** |

Accumulated Interest after 4.5 years.

3