UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO.: 92 B 22111

Dean E. Cochran, Debtor-Appellant,

Vs.

Oct10

Ace Garage,

Defendant-Appellees,

SS. No.: 0949

D.C. Judge: Samuel Der-Yeghiayan

William Neary
U.S. Trustee

Chapter 7

Case No.: 07 CV 6974

FILED JAN 0 8 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT BY DEFAULT AND AFFIDAVIT OF AMOUNT DUE
### Bankr. R. 7055

**Pursuant** to the attached Application for **Entry of Default Judgment,** the Defendant having failed to Appear and the Defendant not being an Infant or Incompetent person and the time for appearance having expired with the Defendant's fact of Default having been entered as certified above by the Clerk, you are requested to enter a Default Judgment in favor of the Debtor-Appellant and against the Defendant in the principal sum of approximately, $100,000.00 Dollars, plus interest in the sum of $1600.00 Dollars, based on 53.25%, of $100,000.00 Dollars [at the rate of 5.325%, through the date of the application], and costs in the sum of $0.00 Dollars, making a total due of $101,600.00 Dollars.

01/08/2008

_____
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

1

## CERTIFICATE OF SERVICE

**Service of the foregoing**, "Request For Judgment By Default And Affidavit Of Amount Due", was had by true copy thereof, by delivering a copy to the Clerk Of Court, of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and any and all Defendant's, all on this 8th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/08/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

Ace Garage
150 Peninsula Avenue
Wheeling, W.Va. 26003
(304) 233-0233

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT

**STATE OF ILLINOIS:**

**CITY OF CHICAGO:**

**COUNTY OF COOK:**

### AFFIDAVIT

In support of the Debtor's request that the Bankruptcy Court recommend and the Bankruptcy Appellate Panel enter Default Judgment against the above-named Defendant, the Debtor submits the following itemization of damages sought:

| | | |
|---|---|---|
| 1. | Principal Amount, prayed for in Complaint: | $100,000.00 Dollars. |
| 2. | Prejudgment Interest | $1600.00 Dollars. |
| 3. | Costs For (Preparation) | $0.00 Dollars. |
| 4. | TOTAL DAMAGES: | $101,600.00 Dollars |
| 5. | Total Award: | **$101,600.00 Dollars** |
| 6. | AMOUNT DEDUCTED: | Approximately: **$0.00 Dollars** |
| 7. | **AMOUNT DUE:** | **$101,600.00 Dollars** |

3