UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE:    CASE NO.: 92 B 22111

Dean E. Cochran,    Debtor-Appellant,    )
)
)
)    D.C. Judge: Samuel Der-Yeghiayan
)
Vs.    )
)
Oct10    )    William Neary
)    U.S. Trustee
)
)
Sylvia Perez,    )
)    Case No.: 07 CV 6974
Defendant-Appellees,    )
)    Chapter 7
)
SS. No.: 0949    )

**REQUEST FOR ENTRY OF DEFAULT JUDGMENT
BY DEFAULT AND AFFIDAVIT OF AMOUNT DUE
Bankr. R. 7055**

**Pursuant** to the attached Application for **Entry of Default Judgment,** the Defendant having failed to Appear and the Defendant not being an Infant or Incompetent person and the time for appearance having expired with the Defendant's fact of Default having been entered as certified above by the Clerk, you are requested to enter a Default Judgment in favor of the Debtor-Appellant and against the Defendant in the principal sum of approximately, $215 Million Dollars, plus interest in the sum of $113.488 Million Dollars, based on 53.25%, of $215 Million [at the rate of 5.325%, through the date of the application], and costs in the sum of $1 Million- 512 Thousand Dollars, making a total due of $330 Million Dollars.

01/08/2008

_____
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

1

## CERTIFICATE OF SERVICE

    **Service of the foregoing**, "Request For Judgment By Default And Affidavit Of Amount Due", was had by true copy thereof, by delivering a copy to the Clerk Of Court, of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and any and all Defendant's, all on this 8th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/08/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601

Sylvia Perez
WLS Channel 7 News
190 N. State Street
Chicago, Illinois 606____
(312) 750-7777

_/s/ Dean C. Cochran_
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT

**STATE OF ILLINOIS:**

**CITY OF CHICAGO:**

**COUNTY OF COOK:**

### AFFIDAVIT

In support of the Debtor's request that the Bankruptcy Court recommend and the Bankruptcy Appellate Panel enter Default Judgment against the above-named Defendant, the Debtor submits the following itemization of damages sought:

| | | |
|---|---|---|
| 1. | Principal Amount, prayed for in Complaint: | $215 Million Dollars. |
| 2. | Prejudgment Interest | $113.488 Million Dollars. |
| 3. | Costs For (Preparation) | $1,512,000.00 Dollars. |
| 4. | TOTAL DAMAGES: | $20 Million Dollars |
| 5. | Total Award: | **$350 Million Dollars** |
| 6. | AMOUNT DEDUCTED: | Approximately: **$215 Million Dollars** |
| 7. | **AMOUNT DUE:** | **$135 Million Dollars** |
| | [A.P.Y.] | Accumulated Interest after 10 years. |
| 8. | **Total Costs:** | **$199.650 Billion Dollars** |

3