UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*FILED JAN 08 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

IN RE: CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Chapter 7 | | |
| United Bank, et al., | | |
| | Defendant-Appellee, | |
| SS. No.: [redacted] | | |

D.C. Judge: Samuel Der-Yeghiayan

Chapter 7

William Neary
U.S. Trustee

Case No.: 07 CV 6974

### NOTICE OF FILING

**IN RE: ALL PARTIES TO THE APPEAL**

**PLEASE TAKE NOTICE**, that on Tuesday, January 8th, 2008, at approximately, 3:30 P.M., C.S.T., the Debtor, Dean E. Cochran, will file a Motion For Entry Of Default Judgment, and Request To Enter Default Judgment, to the Bankruptcy Appellate Panel, in reference to specific statutes and Rules of Court in regard to the above-stated Motion, filed with the Clerk Of Court of the U.S. District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois 60604. All parties may file their Response and or Objections, to the Motion, within 7 days, after filing of this Motion.

01/08/2008
William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60616
(773) 731-9302

1

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF FILING**, was had by delivering a true copy thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois 60604, and William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and the address of the Defendant-Appellees', at their last known addresses, by U.S. Mail, Postage Pre-Paid, all on this 8th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/08/2008
William Neary
U.S. Trustee
227 West Monroe
Suite 227
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE:   CASE NO.: 92 B 22111

Dean E. Cochran,   Debtor-Appellant,   )
)
)
)
)   D.C. Judge: Samuel Der-Yeghiayan
)
)
Vs.   )
)
)   William Neary
)   U.S. Trustee
)
)
)
(United Bank, Moundsville, W.Va.), United Bank-   )
Wheeling, W.Va.), Sylvia Perez, Ace Garage, Sal's-   )   Chapter 7
Import Repair, Shoe Bank, et al.,   )
)
,   )
)   **CASE NO.: 07 CV 6974**
Defendant-Appellees,   )
)
SS. No.: [redacted]   )

### ENTRY OF DEFAULT
### B.R. 7055

It appears from the record that the following Defendants' failed to Plead or otherwise Defend in this case as required by law.

1. **United Bank**, 621 7th Street, Moundsville, W.Va. 26041. (304) 845-3367.

2. **United Bank**, 21 12th Street, Wheeling, W.Va. 26003. (1st Claim).

3. **United Bank, 21 12th Street, Wheeling, W.Va. 26003. (2nd Claim).**

4. **Sal's Import Repair**, 2326 Chapline Street, Wheeling, W.Va. 26003. (Attorney for Sal's Import Repair), Stephen Herndon, 76 15th Street, Wheeling, W.Va. 26003. (304) 232-6330.

5. **Sylvia Perez**, WLS-TV Channel 7 News, 190 North State Street, Chicago, Illinois 606___.

6. **Ace Garage**, 150 Peninsula Avenue, Wheeling, W.Va. 26003. (304) 233-0233

7.  President-Verme Istock, **Bank One International Corp.**, One Bank Plaza, Chicago, Illinois 60670-0002. (312) 732-4000

8.  Anne Arvia, **Shore Bank**, 7054 S. Jeffrey Avenue, Chicago, Illinois 60649-2016. (773) 288-1000.

9.  **J.P. Morgan Chase Bank**, National Association, 1114 Market Street, Wheeling, W.Va. 26003. (304) 234-4113.

10. Manager- Roxie M. Robinson, **National City Bank**, 30 S. Fourth Street, Martins Ferry, Ohio 43935-1456. (740) 633-3151. (fax) (740) 633-1401.

11. **U.S. Treasury**, C/O Claimant Services Supervisor, Prince George Center II, 3700 East-West Highway, Hyattsville, Maryland 20782.

**Therefore,** Default is entered against the Defendants', stated-above, as authorized by Federal Rule of Bankruptcy Procedure 7055.

01/08/2008

_____
Dean E. Cochran/ Debtor-Appellant

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING,** Motion For Entry For Default Judgment, was had by delivering a true copy thereof, to the Clerk of Court for the U.S. District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, all on this 8th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/08/2008

_____
Dean E. Cochran/ Debtor-Appellant

U.S. Trustee
William Neary
227 West Monroe
Suite 3350

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

2

Chicago, Illinois  60601
(312) 886-3320


United Bank
621 7th Street
Moundsville, W.Va.  26041
(304) 845-3367


United Bank (Claim 1 & Claim 2)
21 12th Street
Wheeling, W.Va.  26003


Sal's Import Repair
2326 Chapline Street
Wheeling, W.Va.  26003


Ace Garage
150 Peninsula Avenue
Wheeling, W.Va.  26003
(304) 233-0233


Sylvia Perez
WLS Channel 7
190 N. State Street
Chicago, Illinois  606_____
(312) 750-7777


Bank One International
President-Verme Istock
One Bank Plaza
Chicago, Illinois  60670-0002
(312) 732-4000


J.P. Morgan ChaseBank  (Claim 1 & 2 )
National Association
1114 Market Street
Wheeling, W.Va.  26003
(304) 234-4113


Anne Arvia
Shore Bank
7054 South Jeffrey Avenue
Chicago, Illinois  60649-2016
(773) 288-1000


Mgr.-Roxie M. Williamson
National City Bank
30 S. Fourth Street
Martins Ferry, Ohio  43935-1456
(740) 633-3151


U.S. Treasury
Claimant Services Supervisor
Prince George Center II
3700 East-West Highway
Hyattsville, Maryland  20782

3