UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) <br> ) <br> ) <br> ) D.C. Judge: <br> ) Samuel Der-Yeghiayan <br> ) <br> ) |
| Chapter 7 | | ) <br> ) <br> ) <br> ) Case No.: <br> ) 07 CV 6974 |
| United Bank, et al., | Defendant-Appellee, | ) <br> ) <br> ) William Neary <br> ) U.S. Trustee <br> ) |
| | Defendant-Appellee, | ) <br> ) Chapter 7 |
| SS. No.: ▇▇▇▇▇ | | ) |

### NOTICE OF FILING

### IN RE:  ALL PARTIES TO THE APPEAL

**PLEASE TAKE NOTICE**, that on Tuesday, January 8th, 2008, at approximately, 3:30 P.M., C.S.T., the Debtor, Dean E. Cochran, will file a Motion For Rehearing, to the Bankruptcy Appellate Panel, in reference to specific statutes and Rules of Court in regard to the above-stated Motion, filed with the Clerk Of Court of the U.S. District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois  60604. All parties may file their Response and or Objections, to the Motion, within 7 days, after filing of this Motion.

1/08/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois  60601
(312) 886-3320

_/s/ Dean C. Cochran_
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60616
(773) 731-9302

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF FILING**, was had by delivering a true copy thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois 60604, and William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and the address of the Defendant-Appellees', at their last known addresses, by U.S. Mail, Postage Pre-Paid, all on this 8th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/08/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 227
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

United Bank
621 7th Street
Moundsville, W.Va. 26041
(304) 845-3367

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC FILED
JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE:CASE NO.: 92 B 22111

| | | | |
|---|---|---|---|
| Dean E. Cochran, | Debtor-Plaintiff, | ) | Chapter 7 |
| | | ) | |
| | | ) | D.C. Judge: |
| | | ) | Samuel Der-Yeghiayan |
| | | ) | |
| Vs. | | ) | U.S. Trustee |
| | | ) | William Neary |
| | | ) | |
| | | ) | Case No.: 07 CV 6974 |
| United Bank et al., | Defendant-Appellee, | ) | |
| SS. No.: 0949 | | ) | |

## MOTION FOR REHEARING ON APPEAL
### Fed. R. Bankr. P. 8015

Pursuant to the provisions of Rule 8015 of the Federal Rules of Bankruptcy Procedure, Dean E. Cochran, the Debtor-Appellant in the above-entitled proceeding, respectfullly petitions the Bankruptcy Appellate Panel to grant a Rehearing and Reconsideration or the Appeal in this proceeding. In support of this Petition, Appellant represents to the Bankruptcy Appellate Panel as follows:

1.      Debtor, stated-above, filed a Motion For Leave to Appeal On November 29th, 2007, from an Order of Court dated November 21st, 2007, as should be recorded in the

transcript, with the Clerk of Court of the the U.S. Bankruptcy Court, as stated. On November 30th, 2007, by Order of Court, the Court granted the Motion For Leave To Appeal, as requested.  Notice of Appeal, had been filed, by the Debtor, on December

3rd, 2007, before the Clerk of Court of the U.S. Bankruptcy Court, stated herein.

2. As stated by the Clerk of Court of the U.S. Bankruptcy Court, the Debtor had been

told by the Clerk of Court that he had to file an new Notice of Appeal to the U.S.

Bankruptcy Court, after every Order of Court, which had been filed by the District Court

Judge.

3. On December 10th, 2007, by Order of Court, the Debtor, filed another Notice of

Appeal to the Court, in regards, to a Motion for Objection of the Order dated December

10th, 2007, in regards to an Motion to Extend Automatic Stay; Exceptions, Injunctions, et

al.- United Bank et al. etc. , in reference to, F.R.C.P. 46, and B.R. 7012 which had been

denied by the Court.

4. On December 14th, 2007, Debtor, filed a Motion for Order Extending Time for

Filing & Serving Brief,--B.R. 8009, as a copy is hereby attached. (Exhibit A).

5. As stated in reference to 5B Federal Procedure Sec. 9:1891, Judgments of the

District Court or the Bankruptcy Appellate Panel on Appeal from a Bankruptcy Court are

Automatically Stayed until the expiration of 10 days after entry, unless otherwise ordered

by the District Court or the Bankruptcy Appellate Panel. "Thus, a Bankruptcy Court may

properly make an Order of relief from the Automatic Stay effective immediately rather

than after 10 days". The District Court or the Bankruptcy Appellate Panel, on Motion and

Notice to the Parties to the Appeal, may also stay its judgment pending Appeal to the

Court of Appeals. However, such a Stay may not extend beyond 30 days after the

entry

of the Judgmet unless the period is extended for cause shown. If, before the expiration of

such a Stay, there is an appeal to the Court of Appeals by the party who obtained it, the

Stay will continue until final disposition by the court of Appeals.

**Therefore,** Dean E. Cochran, Appellant prays that a Rehearing be granted and

that, on such Rehearing, this Panel's Opinion dated January 8th, 2008, be withdrawn and

the Panel enter a new Opinion, affirming the Motion filed by the Debtor, in regard to the

Motion To Extend the Filing of Appellant's Brief, dated December 14th, 2007.

1/8/2008                                     Respectfully Submitted,

                                             *[signature]*
                                             Dean E. Cochran/ Debtor-Appellant
                                             9335 South Merrill Avenue
                                             Chicago, Illinois  60617
                                             (773) 731-9302

### CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING,** Motion For Rehearing, was had by true copy

thereof, to the Clerk of Court of the U.S. District Court for the Northern District of Illinois,

Eastern Division, located at the Dirksen Federal Courthouse, 219 South Dearborn

Street, 20th Floor, Chicago, Illinois  60604, and to the U.S. Trustee, William Neary, 227

West Monroe, Suite 3350, Chicago, Illinois  60601, and to all parties to the Appeal, all on

this 8th day of January, 2008, by Debtor, Dean E. Cochran.

1/8/2008                                     *[signature]*

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3350

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

United Bank et al
621 12th Street
Moundsville, W.Va. 26041
(304) 845-3367

NOTICE OF APPEAL TO A DISTRICT COURT OR
BANKRUPTCY APPELLATE PANEL FROM A
JUDGMENT OF A BANKRUPTCY COURT
ENTERED IN AN ADVERSARY
PROCEEDING

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   CASE NO.: 92 B 22111

Dean E. Cochran,   Debtor,   )
                             )
                  Appellant, )
                             )
                             )
                             )   Chief Judge: Carol A. Doyle
                             )
Vs.                          )
                             )
                             )
                             )   William Neary
                             )   U.S. Trustee
                             )
United Bank, et al.,         )
                             )
                  Defendant, )
                             )   **EX PARTE**
                  Appellees, )
                             )
                             )
SS. No.: 0949                )

**MOTION FOR ORDER EXTENDING TIME
FOR FILING & SERVING BRIEF
B.R. 8009**

**ALL PARTIES TO THE APPEAL:**

   Dean E. Cochran, the Appellant by Pro Se Representation, the Movant's Representative, moves this Bankruptcy Appellate Panel to grant an extension of time for filing the Appellant's Brief, in this cause, and as ground for this Motion shows as follows:

1

1. Under the provisions of Federal Rules of Bankruptcy Procedure, Rule 8009, the Movant's Brief is due to be filed and served on or before December 18th, 2007.

2. Movant will be unable to file and serve the Brief by such time for the reason that, (1.) Movant is temporarily ill and needs a few days to tend to his illness. (2.) Movant, does not have the monetary funds to conclude this transaction, and Rule of Court, until a determination has been resolved, in another proceeding, pertaining to the Introduction and Writing of Appellant's Brief.

3. Therefore, Appellant, prays that this Bankruptcy Appellate Panel grant an extension of the time for filing the Brief for a period of 35 days, to January 22nd, 2008.

12/14/2007                                              Respectfully Submitted,

                                                        *(signature)*
William Neary                                           Dean E. Cochran/ Debtor-Appellant
U.S. Trustee                                            9335 South Merrill Avenue
227 West Monroe                                         Chicago, Illinois 60617
Suite 3350                                              (773) 731-9302
Chicago, Illinois 60601
(312) 886-3320

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, MOTION FOR ORDER EXTENDING TIME FOR FILING & SERVING BRIEF**, was had by mailing a true copy thereof, to the address of the Appellees', at the last known address, and to the Clerk of Court of the U.S. Bankruptcy Court For The Northern District Of Illinois, Eastern Division, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, Room 713, Chicago, Illinois 60604, and William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, all on this 14th day of December, 2007, by Debtor-Appellant, Dean E. Cochran.

12/14/2007                                              *(signature)*

United Bank, et al..                                    Dean E. Cochran/ Debtor-Appellant
21 12th Street                                          9335 South Merrill Avenue
Wheeling, W.Va. 26003                                   Chicago, Illinois 60617
                                                        (773) 731-9302

2

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois  60601
(312) 886-3320

**State Of Illinois:**

**County Of Cook:**

**City Of Chicago:**

## AFFIDAVIT

Dean E. Cochran, being duly sworn, says:

1. Affiant is Pro Se Counsel for Appellant and makes this Affidavit in Support of Appellant's Motion For Extension Of Time For Filing And Serving appellant's Main Brief

2. Appellant's Brief was originally due to be filed on December 18th, 2007.

3. The reasons why the Extension requested by Movant is necessary are set forth in Paragraph 2., Statement (1.), and (2.), of the Motion, incorporated here by reference.

4. Appellant's Pro Se Counsel Requests an additional period of 35 days within which to file and serve the Brief, as is requested in the Motion.

5. Only a portion of the Brief has been prepared, and Affiant has enlisted the Assistance of Appellant's U.S. Trustee to aid in its completion, so as to assure that it will be filed and served within the Extended Time, requested or state other circumstances affording assurance that Brief will be timely filed and served if the requested extension is granted.

12/14/2007

_Dean E. Cochran/ Pro Se Counsel_

3

Sworn To and Subscribed before Me, this _____ day of December, 2007.

My Commission Expires: _____

4