dt

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KC **FILED**

JAN 1 1 2008
Jan 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE: CASE NO.: 92 B 22111

Dean E. Cochran,        Debtor-Plaintiff,        ) Chapter 7
                                                 )
                                                 )
                                                 ) D.C. Judge:
                                                 ) Samuel Der-Yeghiayan
                                                 )
                                                 )
Vs.                                              ) U.S. Trustee
                                                 ) William Neary
                                                 )
                                                 )
                                                 )
                                                 ) Case No.: 07 CV 6974
United Bank et al.,        Defendant-Appellee,
                                                 )
SS. No.: 0949                                    )

## MOTION FOR REHEARING ON APPEAL
### Fed. R. Bankr. P. 8015

Pursuant to the provisions of Rule 8015 of the Federal Rules of Bankruptcy

Procedure, Dean E. Cochran, the Debtor-Appellant in the above-entitled proceeding,

respectfullly petitions the Bankruptcy Appellate Panel to grant a Rehearing and

Reconsideration or the Appeal in this proceeding. In support of this Petition, Appellant

represents to the Bankruptcy Appellate Panel as follows:

1.      Debtor, stated-above, filed a Motion For Leave to Appeal On November 29th,

2007, from an Order of Court dated November 21st, 2007, as should be recorded in
the

transcript, with the Clerk of Court of the the U.S. Bankruptcy Court, as stated. On

November 30th, 2007, by Order of Court, the Court granted the Motion For Leave To

Appeal, as requested.  Notice of Appeal, had been filed, by the Debtor, on December

3rd, 2007, before the Clerk of Court of the U.S. Bankruptcy Court, stated herein.

2.    As stated by the Clerk of Court of the U.S. Bankruptcy Court, the Debtor had been

told by the Clerk of Court that he had to file an new Notice of Appeal to the U.S.

Bankruptcy Court, after every Order of Court, which had been filed by the District Court

Judge.

3,    On December 10th, 2007, by Order of Court, the Debtor, filed another Notice of

Appeal to the Court, in regards, to a Motion for Objection of the Order dated December

10th, 2007, in regards to an Motion to Extend Automatic Stay; Exceptions, Injunctions, et

al.- United Bank et al. etc. , in reference to,  F.R.C.P.  46, and B.R. 7012 which had been

denied by the Court.

4.    On December 14th, 2007, Debtor, filed a Motion for Order Extending Time for

Filing & Serving Brief,--B.R. 8009, as a copy is hereby attached.  (Exhibit A).

5.    As stated in reference to 5B Federal Procedure Sec. 9:1891, Judgments of the

District Court or the Bankruptcy Appellate Panel on Appeal from a Bankruptcy Court are

Automatically Stayed until the expiration of 10 days after entry, unless otherwise ordered

by the District Court or the Bankruptcy Appellate Panel.  "Thus, a Bankruptcy Court may

properly make an Order of relief from the Automatic Stay effective immediately rather

than after 10 days".  The District Court or the Bankruptcy Appellate Panel, on Motion and

Notice to the Parties to the Appeal, may also stay its judgment pending Appeal to the

Court of Appeals.  However, such a Stay may not extend beyond 30 days after the

entry

of the Judgmet unless the period is extended for cause shown. If, before the expiration of

such a Stay, there is an appeal to the Court of Appeals by the party who obtained it, the

Stay will continue until final disposition by the court of Appeals.

    **Therefore,** Dean E. Cochran, Appellant prays that a Rehearing be granted and

that, on such Rehearing, this Panel's Opinion dated January 8th, 2008, be withdrawn and

the Panel enter a new Opinion, affirming the Motion filed by the Debtor, in regard to the

Motion To Extend the Filing of Appellant's Brief, dated December 14th, 2007.

1/8/2008                          Respectfully Submitted,

                          Dean E. Cochran/ Debtor-Appellant
                          9335 South Merrill Avenue
                          Chicago, Illinois 60617
                          (773) 731-9302

## CERTIFICATE OF SERVICE

    **SERVICE OF THE FOREGOING,** Motion For Rehearing, was had by true copy

thereof, to the Clerk of Court of the U.S. District Court for the Northern District of Illinois,

Eastern Division, located at the Dirksen Federal Courthouse, 219 South Dearborn

Street, 20th Floor, Chicago, Illinois 60604, and to the U.S. Trustee, William Neary, 227

West Monroe, Suite 3350, Chicago, Illinois 60601, and to all parties to the Appeal, all on

this 8th day of January, 2008, by Debtor, Dean E. Cochran.

1/8/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois  60601
(312) 886-3350

United Bank et al
621 12th Street
Moundsville, W.Va.  26041
(304) 845-3367

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302