UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC FILED
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE: B.C.- CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) |
| | | ) |
| | | ) D.C. JUDGE: Samuel Der-Yeghiayan |
| | | ) |
| | | ) |
| | | ) |
| | | ) **EX PARTE** |
| Vs. | | ) |
| | | ) |
| | | ) U.S. Trustee: William Neary |
| | | ) |
| Chapter 7 | | ) |
| | | ) |
| United Bank et al., | Defendant-Appellees, | ) **D.C. Case No.: 07 CV 6974** |
| | | ) |
| | | ) |
| SS. No.: 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 | | ) |

## NOTICE OF MOTION

**IN RE: CLERK OF COURT OF THE U.S. DISTRICT COURT**

 **PLEASE TAKE NOTICE**, that on **Tuesday, January 15th, 2008**, at approximately, 9:00 A.M., C.S.T., before the Honorable Samuel Der-Yeghiayan, Courtroom No, 1903, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, the Debtor, Dean E. Cochran, will present a Motion For Rehearing, stemming from an Order of Court Dated January 8th, 2008. The Order of Court denied Debtor's Petition for Post-Petition Financing, and dismissal of Appeal for failure to file Appellant's Brief, within 15 days, after Notice of Appeal, to the Bankruptcy Appellate Panel. In reference to specific statutes and Rules of Court in regard to the above-stated Motion, now filed with the Clerk Of Court of the U.S. District Court, stated herein.

1/11/2008
William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60616
(773) 731-9302

1

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF MOTION**, was had by delivering a true copy thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and the address of the U.S. Trustee, William Neary, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, all on this 11th day of, January, 2008, by Debtor-Appellant, Dean E. Cochran.

1/11/2008
William Neary
U.S. Trustee
227 West Monroe
Suite 227
Chicago, Illinois 60601
(312) 886-3320

_____
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

United Bank, et al.
621 7th Street
Moundsville, W.Va. 26041
(304) 845-3367