KC FILED
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE: CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) |
| | | ) |
| | | ) D.C. Judge: |
| | | ) Samuel Der-Yeghiayan |
| Chapter 7 | | ) |
| | | ) |
| | | ) Case No.: |
| | | ) 07 CV 6974 |
| United Bank, et al., | Defendant-Appellee, | ) |
| | | ) |
| | | ) William Neary |
| | | ) U.S. Trustee |
| | | ) |
| | Defendant-Appellee, | ) |
| | | ) Chapter 7 |

SS. No.: 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

## NOTICE OF FILING

### IN RE:  ALL PARTIES TO THE APPEAL

**PLEASE TAKE NOTICE**, that on Friday, January 11th, 2008, at approximately, 3:30 P.M., C.S.T., the Debtor, Dean E. Cochran, will file a Motion For Request for Entry For Default Judgment to the Bankruptcy Appellate Panel, in reference to specific statutes and Rules of Court in regard to the above-stated Motion, filed with the Clerk Of Court of the U.S. District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois 60604. All parties may file their Response and or Objections, to the Motion, within 7 days, after filing of this Motion.

1/11/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois  60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60616
(773) 731-9302

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF FILING**, was had by delivering a

true copy thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen

Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois 60604, and William

Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and the address of

the Defendant-Appellees', at their last known addresses, by U.S. Mail, Postage Pre-Paid, all on

this 11th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/11/2008

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

William Neary
U.S. Trustee
227 West Monroe
Suite 227
Chicago, Illinois 60601
(312) 886-3320


President - Verne Istock
Bank One International Corp.
One Bank Plaza
Chicago, Illiois 60670-0002
(312) 732-4000

UNITED STATES DISTRICT COURT **FILED**
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 1 1 2008
Jan 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE:       CASE NO.:  92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran,       Debtor-Appellant, | ) | Chapter 7 |
| | ) | |
| | ) | D.C. Judge:  Samuel Der-Yeghiayan |
| | ) | |
| Vs. | ) | |
| | ) | |
| Nov9 | ) | William Neary |
| | ) | U.S. Trustee |
| | ) | |
| Pres. Verme Istock, Bank One International Corp.,- | ) | |
| (aka) Chase Bank, | ) | **Case No.:  07 CV 6974** |
|            Defendant-Appellees, | ) | |
| | ) | |
| SS. No.:  0949 | ) | |

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT
### BY DEFAULT AND AFFIDAVIT OF AMOUNT DUE
### Bankr. R. 7055

**Pursuant** to the attached Application for **Entry of Default Judgment,** the Defendant having failed
to Appear and the Defendant not being an Infant or Incompetent person and the time for appearance having
expired with the Defendant's fact of Default having been entered as certified above by the Clerk, you are
requested to enter a Default Judgment in favor of the Debtor-Appellant and against the Defendant in the
principal sum of approximately, $260 Million Dollars, plus interest in the sum of $124.8 Million Dollars,
based on 53.25%, of $260 Million [at the rate of 5.325%, through the date of the application], and costs in
the sum of $15 Million- 200 Thousand Dollars ,making a total due of $400 Million Dollars.

01/11/2008

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

1

## CERTIFICATE OF SERVICE

_____**Service of the foregoing**, "Request For Judgment By Default And  Affidavit Of Amount Due", was

had by true copy thereof. by delivering a copy to the Clerk Of Court, of the U.S. District Court, Dirksen

Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois  60604, and to William Neary,

U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois  60601, and any and all Defendant's, all on

this 11th day of January, 2008 by Debtor-Appellant, Dean E. Cochran.

01/11/2008

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois  60601


President – Verne Istock
Bank One International Corp.
One Bank Plaza
Chicago, Illinois  60670-0002
(312) 732-4000

2

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

**STATE OF ILLINOIS:**

                                        **CITY OF CHICAGO:**

**COUNTY OF COOK:**

## AFFIDAVIT

In support of the Debtor's request that the Bankruptcy Court recommend and the Bankruptcy

Appellate Panel enter Default Judgment against the above-named Defendant, the Debtor submits the

following itemization of damages sought:

| | | |
|---|---|---|
| 1. | Principal Amount, prayed for in Complaint: | $260 Million Dollars. |
| 2. | Prejudgment Interest | $124.8 Million Dollars. |
| 3. | Costs For (Preparation) | $15.2 Million Dollars. |
| 4. | TOTAL DAMAGES: | $4.6 Billion Dollars |
| 5. | Total Award: | **$5 Billion Dollars** |
| 6. | AMOUNT DEDUCTED: | $0.00 |
| 7. | **AMOUNT DUE:** | **$5 Billion Dollars** |
| | | Accumulated Interest after 10 years. |

3