FILED

JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) |
| | | ) |
| | | ) D.C. Judge: |
| | | ) Samuel Der-Yeghiayan |
| Chapter 7 | | ) |
| | | ) |
| | | ) Case No.: |
| | | ) 07 CV 6974 |
| United Bank, et al., | Defendant-Appellee, | ) |
| | | ) |
| | | ) William Neary |
| | | ) U.S. Trustee |
| | | ) |
| | Defendant-Appellee, | ) |
| | | ) Chapter 7 |

SS. No.: 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

**NOTICE OF FILING**

**IN RE: ALL PARTIES TO THE APPEAL**

**PLEASE TAKE NOTICE**, that on Friday, January 11th, 2008, at approximately, 3:30 P.M., C.S.T., the Debtor, Dean E. Cochran, will file a Motion For Request for Entry For Default Judgment to the Bankruptcy Appellate Panel, in reference to specific statutes and Rules of Court in regard to the above-stated Motion, filed with the Clerk Of Court of the U.S. District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois 60604. All parties may file their Response and or Objections, to the Motion, within 7 days, after filing of this Motion.

1/11/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

_(signature)_
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60616
(773) 731-9302

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF FILING**, was had by delivering a true copy thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn, 20th Floor, Chicago, Illinois 60604, and William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and the address of the Defendant-Appellees', at their last known addresses, by U.S. Mail, Postage Pre-Paid, all on this 11th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/11/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 227
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

Anna Arvia
Shore BAnk
7054 S. Jeffrey Avenue
Chicago, Illinois 60649-2016
(773) 288-1000

KC **FILED**
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:    CASE NO.: 92 B 22111

Dean E. Cochran,    Debtor-Appellant,    )    Chapter 7
)
)    D.C. Judge: Samuel Der-Yeghiayan
)
Vs.    )
)
)    William Neary
Nov9    )    U.S. Trustee
)
Shore Bank,    )
)    Case No.: 07 CV 6974
Defendant-Appellees,    )
)
SS. No.: 0949    )

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT BY DEFAULT AND AFFIDAVIT OF AMOUNT DUE
### Bankr. R. 7055

**Pursuant** to the attached Application for **Entry of Default Judgment**, the Defendant having failed to Appear and the Defendant not being an Infant or Incompetent person and the time for appearance having expired with the Defendant's fact of Default having been entered as certified above by the Clerk, you are requested to enter a Default Judgment in favor of the Debtor-Appellant and against the Defendant in the principal sum of approximately, $360 Million Dollars, plus interest in the sum of $172.80 Million Dollars, based on 53.25%, of $360 Million [at the rate of 5.325%, through the date of the application], and costs in the sum of $67 Million- 200 Thousand Dollars, making a total due of $600 Million Dollars.

01/11/2008

*/s/ Dean E. Cochran*
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

1

## CERTIFICATE OF SERVICE

__Service of the foregoing__, "Request For Judgment By Default And Affidavit Of Amount Due", was had by true copy thereof, by delivering a copy to the Clerk Of Court, of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and any and all Defendant's, all on this 11th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/11/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601

_/s/ Dean E. Cochran_
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

Anna Arvia
Shore Bank
7054 S. Jeffrey Avenue
Chicago, Illinois 60649-2016
(773) 288-1000

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT

**STATE OF ILLINOIS:**

**CITY OF CHICAGO:**

**COUNTY OF COOK:**

### AFFIDAVIT

In support of the Debtor's request that the Bankruptcy Court recommend and the Bankruptcy Appellate Panel enter Default Judgment against the above-named Defendant, the Debtor submits the following itemization of damages sought:

| | | |
|---|---|---|
| 1. | Principal Amount, prayed for in Complaint: | $360 Million Dollars. |
| 2. | Prejudgment Interest | $172.80 Million Dollars. |
| 3. | Costs For (Preparation) | $67.2 Million Dollars. |
| 4. | TOTAL DAMAGES: | $4.4 Billion Dollars |
| 5. | Total Award: | **$5 Billion Dollars** |
| 6. | AMOUNT DEDUCTED: | $0.00 |
| 7. | **AMOUNT DUE:** | **$5 Billion Dollars** |
| | | Accumulated Interest after 9 years. |

3