C4

KC **FILED**
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:     CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) Case No.: 07 CV 6974 |
| | | ) |
| | | ) |
| | | ) D.C. Judge: Samuel Der-Yeghiayan |
| Vs. | | ) |
| | | ) |
| | | ) |
| | | ) William Neary |
| Nov9 | | ) U.S. Trustee |
| | | ) |
| J.P.Morgan ChaseBank, National Assoc., | | ) |
| | | ) N2 |
| | Defendant-Appellees, | ) |
| | | ) Chapter 7 |
| SS. No.: 0949 | | ) |

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT
### BY DEFAULT AND AFFIDAVIT OF AMOUNT DUE
### Bankr. R. 7055

**Pursuant** to the attached Application for **Entry of Default Judgment,** the Defendant having failed to Appear and the Defendant not being an Infant or Incompetent person and the time for appearance having expired with the Defendant's fact of Default having been entered as certified above by the Clerk, you are requested to enter a Default Judgment in favor of the Debtor-Appellant and against the Defendant in the principal sum of $260 Million Dollars, plus interest in the sum of $122.85 Million Dollars, based on approximately 47.25%, of $260 Million Dollars [at the rate of 5.25%, through the date of the application], and costs in the sum of $4 Billion 740 Million Dollars ,making a total due of $5 Billion Dollars.

01/11/2008

*/s/ Dean E. Cochran/*
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

1

## CERTIFICATE OF SERVICE

**Service of the foregoing**, "Request For Judgment By Default And Affidavit Of Amount Due", was had by true copy thereof, by delivering a copy to the Clerk Of Court, of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and any and all Defendant's, all on this 11th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/11/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601

J.P. Morgan ChaseBank
National Association
1114 Market Street
Wheeling, W.Va. 26003
(304) 234-4113

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT

STATE OF ILLINOIS:

COUNTY OF COOK:                                    CITY OF CHICAGO:

### AFFIDAVIT

In support of the Debtor's request that the Bankruptcy Court recommend and the Bankruptcy Appellate Panel enter Default Judgment against the above-named Defendant, the Debtor submits the following itemization of damages sought:

1. Principal Amount, prayed for in Complaint:     $260 Million Dollars.
2. Prejudgment Interest                           $122.85 Million Dollars.
3. Costs For (Preparation)                        $17.15 Million Dollars.
4. TOTAL DAMAGES:                                 $4.6 Billion Dollars

5. **Total Costs:**                               **$5 Billion Dollars**

3