C ff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE:    CASE NO.: 92 B 22111

Dean E. Cochran,    Debtor-Appellant,    )
                                          )
                                          )    D.C. Judge: Samuel Der-Yeghiayan
                                          )
                                          )
Vs.                                       )    Chapter 7
                                          )
Dec7                                      )
                                          )    William Neary
                                          )    U.S. Trustee
                                          )
J.P. Morgan ChaseBank,                    )
                                          )    Case No.: 07 CV 6974
       Defendant-Appellees,               )
                                          )
SS. No.: 0949                             )

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT BY DEFAULT AND AFFIDAVIT OF AMOUNT DUE
### Bankr. R. 7055

**Pursuant** to the attached Application for **Entry of Default Judgment,** the Defendant having failed to Appear and the Defendant not being an Infant or Incompetent person and the time for appearance having expired with the Defendant's fact of Default having been entered as certified above by the Clerk, you are requested to enter a Default Judgment in favor of the Debtor-Appellant and against the Defendant in the principal sum of approximately, $700 Million Dollars, plus interest in the sum of $37 Million-$750 Thousand Dollars, based on 53.25%, of $700 Million [at the rate of 5.325%, divided by 12, or 1/12, of 5.35%, through the date of the application], and costs in the sum of $600 Million Dollars, making a total due of $1.4 Billion Dollars.

01/11/2008

_____
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue

1

Chicago, Illinois 60617<br>
(773) 731-9302

## CERTIFICATE OF SERVICE

**Service of the foregoing**, "Request For Judgment By Default And Affidavit Of Amount Due", was had by true copy thereof, by delivering a copy to the Clerk Of Court, of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and any and all Defendant's, all on this 11th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/11/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

J.P Morgan ChaseBank
National Association
1114 Market Street
Wheeling, W.Va. 26003
(304) 234-4113

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

REQUEST FOR ENTRY OF DEFAULT JUDGMENT

STATE OF ILLINOIS:

CITY OF CHICAGO:

COUNTY OF COOK:

AFFIDAVIT

In support of the Debtor's request that the Bankruptcy Court recommend and the Bankruptcy Appellate Panel enter Default Judgment against the above-named Defendant, the Debtor submits the following itemization of damages sought:

1. Principal Amount, prayed for in Complaint:   $700 Million Dollars.
2. Prejudgment Interest                          $36.750 Million Dollars.
3. Costs For (Preparation)                       $62.250 Million Dollars.
4. TOTAL DAMAGES:                                $1.4 Billion Dollars

5. Total Award:                                  **$2 Billion Dollars**

6. AMOUNT DEDUCTED:

7. **AMOUNT DUE:**                               **$5 Billion Dollars**
                                                 Accumulated Interest after 10 years.

3