# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date: January 15, 2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

FILED
KC
JAN 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07 C 6974 / 92 B 22111

Case Name: Dean E. Cochran

Notice of Appeal Filed: 12/3/2007

Appellant: Dean E. Cochran

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | |
|---|---|
| ☐ Transmittal Letter and Civil Cover Sheet | ✓ Supplemental to the Record |
| ☐ Designation | ☐ Notice of Appeal |
| ☐ Statement of Issues | ☐ Copy of Documents Designated |
| ☐ Transcript of Proceeding | ☐ Exhibits |
| | ☐ Expedited Notice of Appeal |
| | ☐ Certified Copy of Docket Sheet |

Additional Items Included

☐ _____

☐ Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

✓ Motion for Order Extending Time for filing & Servicing Brief dated 12/14/07

Previous D C Judge: DerYeghiayan/Nolan   Case Number

By Deputy Clerk: [signature]