NOTICE OF APPEAL TO A DISTRICT COURT OR
BANKRUPTCY APPELLATE PANEL FROM A
JUDGMENT OF A BANKRUPTCY COURT
ENTERED IN AN ADVERSARY
PROCEEDING

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   CASE NO.: 92 B 22111

Dean E. Cochran,   Debtor,   )
   )
   Appellant,   )
   )
   )
   )   Chief Judge: Carol A. Doyle
Vs.   )
   )
   )
   )   William Neary
   )   U.S. Trustee
   )
United Bank, et al.,   )
   )
   Defendant,   )
   )   **EX PARTE**
   Appellees,   )
   )
   )
SS. No.: 0949   )

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 1 4 2007
KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

**MOTION FOR ORDER EXTENDING TIME
FOR FILING & SERVING BRIEF
B.R. 8009**

**ALL PARTIES TO THE APPEAL:**

Dean E. Cochran, the Appellant by Pro Se Representation, the Movant's Representative, moves this Bankruptcy Appellate Panel to grant an extension of time for filing the Appellant's Brief, in this cause, and as ground for this Motion shows as follows:

1

1. Under the provisions of Federal Rules of Bankruptcy Procedure, Rule 8009, the Movant's Brief is due to be filed and served on or before December 18th, 2007.

2. Movant will be unable to file and serve the Brief by such time for the reason that, (1.) Movant is temporarily ill and needs a few days to tend to his illness. (2.) Movant, does not have the monetary funds to conclude this transaction, and Rule of Court, until a determination has been resolved, in another proceeding, pertaining to the Introduction and Writing of Appellant's Brief.

3. Therefore, Appellant, prays that this Bankruptcy Appellate Panel grant an extension of the time for filing the Brief for a period of 35 days, to January 22nd, 2008.

12/14/2007                                                   Respectfully Submitted,

                                                             [signature]

William Neary                                                Dean E. Cochran/ Debtor-Appellant
U.S. Trustee                                                 9335 South Merrill Avenue
227 West Monroe                                              Chicago, Illinois  60617
Suite 3350                                                   (773) 731-9302
Chicago, Illinois  60601
(312) 886-3320

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, MOTION FOR ORDER EXTENDING TIME FOR FILING & SERVING BRIEF**, was had by mailing a true copy thereof, to the address of the Appellees', at the last known address, and to the Clerk of Court of the U.S. Bankruptcy Court For The Northern District Of Illinois, Eastern Division, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, Room 713, Chicago, Illinois  60604, and William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois  60601, all on this 14th day of December, 2007, by Debtor-Appellant, Dean E. Cochran.

12/14/2007                                                   [signature]

United Bank, et al..                                         Dean E. Cochran/ Debtor-Appellant
21 12th Street                                               9335 South Merrill Avenue
Wheeling, W.Va.  26003                                       Chicago, Illinois  60617
                                                             (773) 731-9302

2

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

**State Of Illinois:**

**City Of Chicago:**

**County Of Cook:**

## AFFIDAVIT

Dean E. Cochran, being duly sworn, says:

1. Affiant is Pro Se Counsel for Appellant and makes this Affidavit in Support of Appellant's Motion For Extension Of Time For Filing And Serving appellant's Main Brief

2. Appellant's Brief was originally due to be filed on December 18th, 2007.

3. The reasons why the Extension requested by Movant is necessary are set forth in Paragraph 2., Statement (1.), and (2.), of the Motion, incorporated here by reference.

4. Appellant's Pro Se Counsel Requests an additional period of 35 days within which to file and serve the Brief, as is requested in the Motion.

5. Only a portion of the Brief has been prepared, and Affiant has enlisted the Assistance of Appellant's U.S. Trustee to aid in its completion, so as to assure that it will be filed and served within the Extended Time, requested or state other circumstances affording assurance that Brief will be timely filed and served if the requested extension is granted.

12/14/2007

Dean E. Cochran/ Pro Se Counsel

3

Sworn To and Subscribed before Me, this _____ day of December, 2007.

My Commission Expires:_____  _____