FILED
JAN 23 2008
1-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
NF

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) Chapter 7 |
| | | ) |
| | | ) |
| | | ) D.C. Judge: |
| | | ) Samuel Der-Yeghiayan |
| | | ) |
| Vs. | | ) |
| | | ) U.S. Trustee: |
| | | ) William Neary |
| | | ) |
| | | ) Case No.: 07 CV 6974 |
| United Bank et al., | Defendant-Appellees, | ) |

**MOTION FOR STAY OF JUDGMENT**
**OR ORDER PENDING APPEAL**
**Fed. R. Bankr P.  8017**

Dean E. Cochran, Plaintiff, in the above-entitled proceeding and Appellant herein, moves the Court for an Order Staying enforcement of Judgment or an Order dated January 15th, 2008, "which states", for reasons below, Appellant's motion for a Rehearing [18], [19], are denied. All pending motions are hereby stricken as moot.

1. On Tuesday, January 8th, 2008, Plaintiff filed a Motion for Rehearing, in regard to a ruling by the Court dated, January 8th, 2008, as a copy is attached to the original Motion filed with the Court. The Motion had been based on the Debtor's Request for Post-Petition Financing, which had not been heard by the Court, on the date of Notice of Motion, as the Motion had been denied "Sua Sponte", by the Court without further reconsideration, or argument, or discussion with the Appellant.

2. The District Court, gave the following reasons for its action:  In Summary suggests as follows:  That the Appellant's Appeal had been dismissed for failure to file a Brief within 15 days after filing Notice of Appeal, to the District Court. That the Appellant's Notice of Appeal had been filed on December 3rd, 2007, and had been Docketed on December 12th, 2007. The Plaintiff had until December 27th, 2007, to file a Brief, which had not been filed with the court. The Appellant, filed a Motion For Order Extending Time For Filing & Serving Brief, pertaining to B.R. 8009, on December 14th, 2007, with the Clerk of Court of the U.S. Bankruptcy Court, as a copy had been attached to the Motion for Rehearing which had been filed on January 8th, 2008, by Appellant.

3. On January 8th, 2008, Appellant filed Entry For Default, B.R. 7055, as to the

extention, of the Stay which had been filed on December 27th 2007, B.R. Bankr. P. 8005.

4. An Order Staying the enforcement of such Judgment or order of the District Court pending Appelllant's Appeal is necessary because the Appellant, entered a Request for Entry of Default Judgment against several Defendants', and the Appellant demands that the following Defendants appear and either defend or confess judgment in favor of the Appellant, of all awards requested by Appellant.

**Wherefore,** Appellant, demands the entry of the Automatic Stay as according to B.R. 8017 (a), (b), as prescribed by the rules of the Court. Debtor demands the entry of the Automatic pending Appeal to the court of Appeals, all on this 15th day of January 2008.

1/15/2008                                                  Respectfully Submitted,

                                                           _____
U.S. Trustee                                               Dean E. Cochran/ Debtor-Appellant
William Neary                                              9335 South Merrill Avenue
227 West Monroe                                            Chicago, Illinois  60617
Suite 3350                                                 (773) 731-9302
Chicago, Illinois  60601
 312) 886-3350


## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, MOTION FOR STAY OF JUDGMENT PENDING AN APPEAL**, was had by mailing a true copy thereof to the address of the Defendants', and by personal delivery to the Clerk of Court of the District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois  60604, all on this 15 day of January, 2008, by Appellant, Dean E. Cochran.

                                                           _____
1/15/2008                                                  Dean E. Cochran/ Debtor-Appellant
U.S. Trustee                                               9335 South Merrill Avenue
William Neary                                              Chicago, Illinois  60617
227 West Monroe                                            (312) 731-9302
Suite 3350
Chicago, Illinois  60601
(312) 886-3350


United Bank
621 7th Street
Moundsville, W.Va.  26041
(304) 845-3367

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6974 | **DATE** | 1/15/2008 |
| **CASE TITLE** | In Re: Dean Cochran | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Appellant's motion for a rehearing [18], [19] are denied. All pending motions are hereby stricken as moot.

■ [ For further details see text below.]　　　　　　　　　　　　　　　Docketing to mail notices.

### STATEMENT

This matter is before the Court on Appellant Dean E. Cochran's ("Cochran") motion for rehearing on appeal. Cochran filed an appeal from the United States Bankruptcy Court for the Northern District of Illinois on December 12, 2007. On January 8, 2008, we dismissed Cochran's appeal for failing to serve and file an appellant's brief with the district court within 15 days after entry of the appeal on the docket. On January 11, 2008, Cochran filed the instant motion for rehearing on appeal pursuant to Federal Rule of Bankruptcy Procedure 8015.

We first note that Cochran addresses his motion to the "Bankruptcy Appellate Panel." While several other Circuits employ bankruptcy appellate panels, no such panel exists in the Seventh Circuit. *See* 28 U.S.C. § 158 (stating that bankruptcy appellate panels are established on a circuit by circuit basis). However, since Cochran is a *pro se* appellant we will liberally construe his pleadings as filed and addressed to this court. *See Alvarado v. Litscher*, 267 F.3d 648, 651 (7th Cir. 2001)(noting that the pleadings of a *pro se* plaintiff are held to "less stringent standards than formal pleadings drafted by lawyers").

In the instant motion, Cochran asserts that he filed a "Motion for Order Extending Time for Filing &

## STATEMENT

Serving of Brief" on December 14, 2007. However, the docket reveals that no such motion was filed in this court. *Pro se* motions, while entitled to deference, cannot be considered by any standard if they are not filed at all. As of the date of this order, the docket reflects no motion for an extension of time, nor has Cochran filed his appellant's brief, which was due December 27, 2007. Cochran does not argue that his alleged motion for an extension was properly filed in this court or that it was granted prior to the exhaustion of the statutorily prescribed time period to file an appellant's brief. Cochran has not otherwise demonstrated that this court erred in dismissing his appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1). Cochran has not presented any other arguments or evidence that would warrant the granting of his motion for rehearing. Therefore, based on the reasons stated above, we deny Cochran's motions.