UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 2 3 2008 NF
1-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| IN RE: | CASE NO.: 92 B 22111 | |
| Dean E. Cochran, | Debtor-Appellant, | ) |
| | | ) Chapter 7 |
| | | ) D.C. Judge: |
| | | ) Samuel Der-Yeghiayan |
| Vs. | | ) |
| | | ) U.S. Trustee: |
| | | ) William Neary |
| United Bank et al., | Defendant-Appellees, | ) |
| | | ) Case No. 07 CV 6974 |
| SS. No.: 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 | | ) |

### Motion For Disqualification Of District Court Judge
### F.R. Bankr. P. 5004

Dean E. Cochran, movant in the above-entitled proceeding hereby moves the Court for an Order disqualifying the District Court Judge Samuel Der-Yeghiayan for Bias and or Prejudicial treatment, and unfair and unsound, ruling of judgment, showing bias and prejudicial treatment against Debtor, Dean E. Cochran. Movant requests disqualification of Judge immediately stated herein.

1. The Judge Samuel Dr-Yeghiayan has failed to execute with fairness and sound judgment, Motions filed by the Appellant and Appellant has a right to redress that he seeks.

2. An "Abuse of Discretion", has allegdly occurred against Appellant by Judge Der-Yeghiayan whom has failed to exercise, sound, reasonable and legal decision making, pertaining to the Motions filed by Appellant on several dates now filed with the District Court.

3, A District Court Judge must disqualify himself from presiding over a proceeding, contested matter or, if appropriate, the entire District Court Case, where (1.) he or she has a personal bias or prejudice concerning a party (2.) he or she has personal knowledge of disputed evidentiary facts concerning the proceedings; or (3.) his or her impartiability might reasonably by questioned. U.s.C.A. 28 Sec. 455 (a), (b.,1). See Prince vs. U.S. C.C.A. 6 (Tenn.) 1936, 86 F. 2d. 949.

4.     Furthermoe, Appellant, has reason to believe, that the presiding Judge is a possible interloper, and individual in Usurpation of Publlic Office now held by the alleged, and supposed Samuel Der-yeghiayan, whom has been the Sitting Judge, during both of Appelllant's Motion's.

5.     If that is not the case then pursuant to U.S.C.A. 28 Sec. 455 (b), the Judge shall disqualify himself in the following circumstances: (1.) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding; (5.) he or his spouse, or a person; within the third degree of relationship to either of them, or the spouse of such a person; (i) is a party to the proceeding, or an officer, director, or trustee of a party; (ii) is acting as a lawyer in the proceeding; (iii) is known by the Judge to have an interest that could by substantially affected by the outcome of the proceeding; (iv) Is to the Judge's knowledge likely to be a material witness in the proceeding.

6.     Furthermore, a Master apppointed by a United States District Court in a civil action must not have a relationship to the parties, counsel, action, or court that would require disqualification of a judge, unless the parties consent with the court's approval to appointment of a particular person after disclosure of any potential grounds for disqualification.

   **Wherefore**, Debtor states that a "Plain Error", has occurred in which is so obvious that an Appellate court should address it dispite the parties failure to raise a proper objection. This error is so obvious and substantial that failure to correct it would infringe a party's due-process rights and damage the integrity of the judicial process. See Snipes vs. U.S., C.A. 6 (Tenn.) 1956, 230 F.2d, 165. Whereas, Appelllant, requests, the issuance and granting of this Motion for Disqualification.

1/23/2008                                  Respectfully Submitted,

*[signature]*

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, MOTION FOR DISQUALIFICATION OF A DISTRICT COURT JUDGE**, was had by delivering a true copy thereof, to the Clerk of Court of the U.S. District Court for The Northern District of Illnois, Eastern Division, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, all on this 23rd, day of January, 2008, by Debtor, Dean E. Cochran.

1/23/2008

*/s/ Dean E. Cochran*

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302