# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE: B.C.- CASE NO.: 92 B 22111

Dean E. Cochran,     Debtor-Appellant,     )
)
)
)     D.C. JUDGE:  Samuel Der-Yeghiayan
)
)
Vs.     )     Chapter 7
)
)
United Bank et al.,     Defendant-Appellees,     )
)     U.S. Trustee:  William Neary
)
Chapter 7     **F I L E D**     )
)
**JAN 2 8 2008**     JAN 2 8 2008     )     **D.C. Case No.:  07 CV 6974**
)
MICHAEL W. DOBBINS     )
CLERK, U.S. DISTRICT COURT     )
SS. No.: 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     )

### NOTICE OF MOTION

### IN RE:  CLERK OF COURT OF THE U.S. DISTRICT COURT

    **PLEASE TAKE NOTICE**, that on **Tuesday, February 5th, 2008**, at approximately, 9:00 A.M., C.S.T., before the Honorable Samuel Der-Yeghiayan, or whomever is sitting in his Stead, in Courtroom No, 1903, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, the Debtor, Dean E. Cochran, will present a Motion For Order of Judgment by Default to the District Court, in reference to specific statutes and Rules of Court in regard to the above-stated Motion, filed with the Clerk Of Court of the U.S. District Court. All Parties are requested to Appear, and or Object to the above-stated motion stated herein.

1/25/2008
William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60616
(773) 731-9302

MOTION PREVIOUSLY FILED
ON JAN. 8, 2008

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF MOTION**, was had by delivering a true copy

thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen Federal Courthouse, 219

South Dearborn Street, 20th Floor, Chicago, Illinois  60604, and the address of the U.S. Trustee, William

Neary, 227 West Monroe, Suite 3350, Chicago, Illinois  60601, all on this 25th day of, January, 2008, by

Debtor-Appellant, Dean E. Cochran.

1/25/2008
William Neary
U.S. Trustee
227 West Monroe
Suite 227
Chicago, Illinois  60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

United Bank et al.
621 7th Street
Moundsville, W.Va.  26041