

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: B.C.- CASE NO.: 92 B 22111

| | |
|---|---|
| Dean E. Cochran,          Debtor-Appellant, | ) ) ) ) D.C. JUDGE: Samuel Der-Yeghiayan ) ) |
| Vs. | ) Chapter 7 ) ) |
| Roxie Williamson-National City Bank, | ) ) ) |
| Defendant-Appellees, | ) U.S. Trustee: William Neary ) |
| Chapter 7       **FILED**    **JAN 28 2008**    JAN 2 8 2008  MICHAEL W. DOBBINS  CLERK, U.S. DISTRICT COURT | ) ) ) **D.C. Case No.: 07 CV 6974** ) ) ) |
| SS. No.: 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 | ) |

### NOTICE OF MOTION

**IN RE: CLERK OF COURT OF THE U.S. DISTRICT COURT**

   **PLEASE TAKE NOTICE**, that on Thursday, **February 7th, 2008**, at approximately, 9:00 A.M., C.S.T., before the Honorable Samuel Der-Yeghiayan, or whomever is sitting in his Stead, in Courtroom No, 1903, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, the Debtor, Dean E. Cochran, will present a Motion For Order of Judgment by Default to the District Court, in reference to specific statutes and Rules of Court in regard to the above-stated Motion, filed with the Clerk Of Court of the U.S. District Court. All Parties are requested to Appear, and or Object to the above-stated motion stated herein.

| | |
|---|---|
| 1/25/2008 | *Dean C Cochran* |
| William Neary | Dean E. Cochran/ Debtor-Appellant |
| U.S. Trustee | 9335 South Merrill Avenue |
| 227 West Monroe | Chicago, Illinois 60616 |
| Suite 3350 | (773) 731-9302 |
| Chicago, Illinois 60601 | |

*MOTION PREVIOUSLY FILED ON JAN. 11, 2008*

(312) 886-3320

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF MOTION**, was had by delivering a true copy thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and the address of the U.S. Trustee, William Neary, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, all on this 25th day of, January, 2008, by Debtor-Appellant, Dean E. Cochran.

1/25/2008  
William Neary  
U.S. Trustee  
227 West Monroe  
Suite 227  
Chicago, Illinois 60601  
(312) 886-3320  

Dean E. Cochran/ Debtor-Appellant  
9335 South Merrill Avenue  
Chicago, Illinois 60617  
(773) 731-9302  

Manager  
Roxie M. Williamson  
National City Bank  
30 S. Fourth Street  
Martins Ferry, Ohio 43935-1456  
(740) 633-1401