UNITED STATES DISTRICT COURT **FILED**
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 28 2008

IN RE: B.C.- CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) |
| | | ) |
| | | ) D.C. JUDGE: |
| | | ) Samuel Der-Yeghiayan |
| | | ) |
| Vs. | | ) Chapter 7 |
| | | ) |
| Anne Arvia-Shore Bank, | Defendant-Appellees, | ) |
| | | ) U.S. Trustee: William Neary |
| | | ) |
| | | ) |
| | | ) **D.C. Case No.: 07 CV 6974** |
| | | ) |
| | | ) |
| SS. No.: 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 | | ) |

## NOTICE OF MOTION

**IN RE: CLERK OF COURT OF THE U.S. DISTRICT COURT**

    **PLEASE TAKE NOTICE**, that on Tuesday, **February 12th, 2008**, at approximately,
9:00 A.M., C.S.T., before the Honorable Samuel Der-Yeghiayan, or whomever is sitting in his
Stead, in Courtroom No, 1903, Dirksen Federal Courthouse, 219 South Dearborn Street,
Chicago, Illinois 60604, the Debtor, Dean E. Cochran, will present a Motion For Order of
Judgment by Default to the District Court, in reference to specific statutes and Rules of Court in
regard to the above-stated Motion, filed with the Clerk Of Court of the U.S. District Court. All
Parties are requested to Appear, and or Object to the above-stated motion stated herein.

1/28/2008

_(signature)_
Dean E. Cochran/ Debtor-Appellant

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

9335 South Merrill Avenue
Chicago, Illinois 60616
(773) 731-9302

MOTION PREVIOUSLY FILED
ON JAN. 11, 2008

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF MOTION**, was had by delivering

a true copy thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen

Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois  60604, and the

address of the U.S. Trustee, William Neary, 227 West Monroe, Suite 3350, Chicago, Illinois

60601, all on this 28th day of, January, 2008, by Debtor-Appellant, Dean E. Cochran.

1/28/2008
William Neary
Appellant
U.S. Trustee
227 West Monroe
Suite 227
Chicago, Illinois  60601
(312) 886-3320

Dean E. Cochran/ Debtor-

9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302


Anne Arvia
Shore Bank
7054 South Jeffrey Avenue
Chiicago, Illinois  60649-2016
(773) 288-1000