

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 2 8 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
JAN 2 8 2008

IN RE:   CASE NO.: 92 B 22111

Dean E. Cochran,   Debtor-Appellant,   )
                                       )
                                       )
                                       )   D.C. Judge: Samuel Der-Yeghiayan
                                       )
                                       )
Vs.                                    )
                                       )
                                       )   William Neary
                                       )   U.S. Trustee
                                       )
                                       )
(United Bank, Wheeling, W.Va.), U.S. Treasury,- )   Chapter 7
Ohio County Schools, 95th & Jeffrey Currency   )
Exchange Corp., 5th Street Currency Exchange Corp., )
                                       )
                                       )   **CASE NO.: 07 CV 6974**
              Defendant-Appellees,     )
                                       )
SS. No.: 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                   )

### ENTRY OF DEFAULT
### B.R. 7055

It appears from the record that the following Defendants' failed to Plead or otherwise Defend in this case as required by law.

1. **United Bank,** 21 12th Street, Wheeling, W.Va. 26003. (1st Claim).

2. 95th & Jeffrey Currency Exchange Corporation, 1947 East 95th Street, Chicago, Illinois 60617 (773) 221-4632.

3. 5th Lake Currency Exchange Corporation, 501 West Lake Street, Maywood, Illinois 60153 (708) 345-0728.

4. Ohio County Schools, (aka) Clean Stream Program, or Summer Youth Program, 2203 National Road, Wheeling, W. Va. 26003.

5.  **U.S. Treasury**, C/O Claimant Services Supervisor, Prince George Center II, 3700 East-West Highway, Hyattsville, Maryland 20782.

**Therefore,** Default is entered against the Defendants', stated-above, as authorized by Federal Rule of Bankruptcy Procedure 7055.

01/24/2008

*/s/ Dean E. Cochran/*

Dean E. Cochran/ Debtor-Appellant

### CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING,** Motion For Entry For Default Judgment, was had by delivering a true copy thereof, to the Clerk of Court for the U.S. District Court, located at the Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, all on this 24th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

01/24/2008

*/s/ Dean E. Cochran/*

U.S. Trustee
William Neary
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

United Bank
21 12th Street
Wheeling, W.Va. 26003

U.S. Treasury
Claimant Services Supervisor
Prince George Center II
3700 East-West Highway
Hyattsville, Maryland 20782

2