UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 2 8 2008

| | | | |
|---|---|---|---|
| IN RE: | CASE NO.: 92 B 22111 | | |
| Dean E. Cochran, | Debtor-Appellant, | ) | Chapter 7 |
| | | ) | |
| | | ) | D.C. Judge: Samuel Der-Yeghiayan |
| Vs. | | ) | |
| | | ) | William Neary |
| | | ) | U.S. Trustee |
| U.S. Treasury, Prince George Center II, | | ) | Case No.: 07 CV 6974 |
| | Defendant-Appellees, | ) | |
| SS. No.: 0949 | | ) | |

**REQUEST FOR ENTRY OF DEFAULT JUDGMENT
BY DEFAULT AND AFFIDAVIT OF AMOUNT DUE
Bankr. R. 7055**

**Pursuant** to the attached Application for **Entry of Default Judgment,** the Defendant having failed to Appear and the Defendant not being an Infant or Incompetent person and the time for appearance having expired with the Defendant's fact of Default having been entered as certified above by the Clerk, you are requested to enter a Default Judgment in favor of the Debtor-Appellant and against the Defendant in the principal sum of approximately, $119.860 Billion Dollars, plus interest in the sum of $60 Billion Dollars, based on 3.00%, of $119.860 Billion Dollars [at the rate of 3.00%, through the date of the application], and costs in the sum of $140 Million-Dollars ,making a total due of $180 Billion Dollars.

1/25/2008

_(signature)_
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

1

## CERTIFICATE OF SERVICE

    **Service of the foregoing**, "Request For Judgment By Default And Affidavit Of Amount Due", was had by true copy thereof: by delivering a copy to the Clerk Of Court, of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, and any and all Defendant's, all on this 25th day of January, 2008, by Debtor-Appellant, Dean E. Cochran.

1/25/2008

William Neary  
U.S. Trustee  
227 West Monroe  
Suite 3350  
Chicago, Illinois 60601

Dean E. Cochran/ Debtor-Appellant  
9335 South Merrill Avenue  
Chicago, Illinois 60617  
(773) 731-9302

Director-Michael Colarusso  
Philadelphia Regional Financial Center  
P.O. Box 51317  
Philadelphia, Pennsylvania 19115-6317  
(215) 516-8000

U.S. Treasury  
C/O Claimant Services Supervisor  
Prince George Center II  
3700 East-West Highway  
Hyattsville, Maryland 20782

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT

**STATE OF ILLINOIS:**

**CITY OF CHICAGO:**

**COUNTY OF COOK:**

### AFFIDAVIT

In support of the Debtor's request that the Bankruptcy Court recommend and the Bankruptcy Appellate Panel enter Default Judgment against the above-named Defendant, the Debtor submits the following itemization of damages sought:

| | | |
|---|---|---|
| 1. | Principal Amount, prayed for in Complaint: | $119.860 Billion Dollars. |
| 2. | Prejudgment Interest | $60 Billion Dollars. |
| 3. | Costs For (Preparation) | $140 Million Dollars. |
| 4. | TOTAL DAMAGES: | $0.00 Dollars |
| 5. | Total Award: | **$180 Billion Dollars** |
| 6. | AMOUNT DEDUCTED: | 0.00 |
| 7. | **AMOUNT DUE:** | **$180 Billion Dollars** |

3