

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

**JAN 23 2008**

IN RE CASE NO.: 92 B 22111

Dean E. Cochran,   Debtor-Appellant,   ) Chapter 7   MICHAEL W. DOBBINS
) CLERK, U.S. DISTRICT COURT
)
) D.C. Judge:
) Samuel Der-Yeghiayan
)
Vs.   )
) U.S. Trustee:
) William Neary
)
)
) Case No.: 07 CV 6974
United Bank et al.,   Defendant-Appellees,   )

### MOTION FOR STAY OF JUDGMENT OR ORDER PENDING APPEAL
### Fed. R. Bankr P. 8017

Dean E. Cochran, Plaintiff, in the above-entitled proceeding and Appellant herein, moves the Court for an Order Staying enforcement of Judgment or an Order dated January 15th, 2008, "which states", for reasons below, Appellant's motion for a Rehearing [18], [19], are denied. All pending motions are hereby stricken as moot.

1.  On Tuesday, January 8th, 2008, Plaintiff filed a Motion for Rehearing, in regard to a ruling by the Court dated, January 8th, 2008, as a copy is attached to the original Motion filed with the Court. The Motion had been based on the Debtor's Request for Post-Petition Financing, which had not been heard by the Court, on the date of Notice of Motion, as the Motion had been denied "Sua Sponte", by the Court without further reconsideration, or argument, or discussion with the Appellant.

2.  The District Court, gave the following reasons for its action: In Summary suggests as follows: That the Appellant's Appeal had been dismissed for failure to file a Brief within 15 days after filing Notice of Appeal, to the District Court. That the Appellant's Notice of Appeal had been filed on December 3rd, 2007, and had been Docketed on December 12th, 2007. The Plaintiff had until December 27th, 2007, to file a Brief, which had not been filed with the court. The Appellant, filed a Motion For Order Extending Time For Filing & Serving Brief, pertaining to B.R. 8009, on December 14th, 2007, with the Clerk of Court of the U.S. Bankruptcy Court, as a copy had been attached to the Motion for Rehearing which had been filed on January 8th, 2008, by Appellant.

3.  On January 8th, 2008, Appellant filed Entry For Default, B.R. 7055, as to the

extention, of the Stay which had been filed on December 27th 2007, B.R. Bankr. P. 8005.

4. An Order Staying the enforcement of such Judgment or order of the District Court pending Appelllant's Appeal is necessary because the Appellant, entered a Request for Entry of Default Judgment against several Defendants', and the Appellant demands that the following Defendants appear and either defend or confess judgment in favor of the Appellant, of all awards requested by Appellant.

**Wherefore,** Appellant, demands the entry of the Automatic Stay as according to B.R. 8017 (a), (b), as prescribed by the rules of the Court. Debtor demands the entry of the Automatic pending Appeal to the court of Appeals, all on this 15th day of January 2008.

1/15/2008

Respectfully Submitted,

*[signature]*

U.S. Trustee
William Neary
227 West Monroe
Suite 3350
Chicago, Illinois 60601
9312) 886-3350

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, MOTION FOR STAY OF JUDGMENT PENDING AN APPEAL**, was had by mailing a true copy thereof to the address of the Defendants', and by personal delivery to the Clerk of Court of the District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to William Neary, U.S. Trustee, 227 West Monroe, Suite 3350, Chicago, Illinois 60604, all on this 15th day of January, 2008, by Appellant, Dean E. Cochran.

*[signature]*

1/15/2008
U.S. Trustee
William Neary
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3350

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(312) 731-9302

United Bank
621 7th Street
Moundsville, W.Va. 26041
(304) 845-3367