

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 2 8 2008
MICHAEL W. BOBBINS
CLERK, U.S. DISTRICT COURT
NF

IN RE: B.C.- CASE NO.: 92 B 22111

| | | |
|---|---|---|
| Dean E. Cochran, | Debtor-Appellant, | ) |
| | | ) |
| | | ) D.C. JUDGE: |
| | | ) Samuel Der-Yeghiayan |
| | | ) |
| Vs. | | ) Chapter 7 |
| | | ) |
| | | ) |
| United Bank, et al., | Defendant-Appellees, | ) |
| | | ) |
| | | ) U.S. Trustee: William Neary |
| | | ) |
| | | ) |
| | | ) **D.C. Case No.: 07 CV 6974** |
| | | ) |
| SS. No.: 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 | | ) |

## NOTICE OF MOTION

## IN RE: CLERK OF COURT OF THE U.S. DISTRICT COURT

**PLEASE TAKE NOTICE**, that on Thursday, **February 28th, 2008**, at approximately, 9:00 A.M., C.S.T., before the Honorable Samuel Der-Yeghiayan, or whomever is sitting in his Stead, in Courtroom No, 1903, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, the Debtor, Dean E. Cochran, will present a Motion For Stay of Judgment Or Order Pending Appeal, Fed. R. Bankr. P. 8017, to the District Court, in reference to specific statutes and Rules of Court in regard to the above-stated Motion, filed with the Clerk Of Court of the U.S. District Court. All Parties are requested to Appear, and or Object to the above-stated motion stated herein.

1/28/2008

_/s/ Dean C. Cochran_

William Neary
U.S. Trustee
227 West Monroe
Suite 3350
Chicago, Illinois 60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60616
(773) 731-9302

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, NOTICE OF MOTION**, was had by delivering a true copy thereof, to the address of the Clerk of Court of the U.S. District Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and the address of the U.S. Trustee, William Neary, 227 West Monroe, Suite 3350, Chicago, Illinois 60601, all on this 28th day of, January, 2008, by Debtor-Appellant, Dean E. Cochran.

1/28/2008

William Neary
U.S. Trustee
227 West Monroe
Suite 227
Chicago, Illinois  60601
(312) 886-3320

Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

President-Verme Istock
Bank One International Corporation
One Bank Plaza
Chicago, Illinois  60670-0002
(312) 732-4000

Director-Michael Colarusso
U.S. Treasury
Philadelphia Regional Financial Center
P.O. Box 51317
Philadelphia, Pennsylvania  19115-6317

U.S. Treasury
C/O Claimant Servises Supervisor
Prince George Center II
3700 East-West Highway
Hyattsville, Maryland  20782

Carol L. Adams-Secretary
Department Of Human Services
Harris Building
100 s. Grand Avenue, 3rd Floor
Springfield, Illinois  62762

United Bank
621 7th Street
Moundsville, W.Va. 26041

United Bank
21 12th Street
Wheeling, W.Va. 26003

Anna Arvia
Shore Bank
7054 S. Jeffrey Avenue
Chicago, Illinois 60649-2016

J.P. Morgan ChaseBAnk
National Association
1114 Market Street
Wheeling, W.Va. 26003

Sylvia Perez
WLS Channel 7
150 North State Street
Chicago, Illinois 606____

Manager- Roxie M. Williamson
National City Bank
30 South Fourth Street
Martins Ferry, Ohio 43935-

Ace Garage
150 Peninsula Avenue
Wheeling, W.Va. 26003

Sal's Import Repair  (mailing address unknown)
2326 Chapline Street
Wheeling, W.Va. 26003