UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dean E. Cochran, )
)  **B.C. Case No.: 92 B 22111**
    Debtor-Appellant, )
)
)  D.C. Judge:
)  Samuel Der-Yeghiayan
)
Address: 9335 South Merrill Avenue )
         Chicago, Illinois 60617 )  Chapter 7
         (773) 731-9302 )
)
)  **Case No.: 07 CV 6974**
United Bank, (Moundsville, W.Va., )
United Bank, (Wheeling, W.Va.), )
Verme Istock-Bank One International- )
  Corp., J.P. Morgan ChaseBank, )
Anne Arvia-Shore Bank, )
Mgr.-Roxie M. Williamson-National City Bank, )
Sylvia Perez, Ace Garage, )
U.S. Treasury-Phila., Pa., Sal's Import Repair, )
U.S. Treasury-Hyattsville, Md., )
Ohio County Schools, 5th Lake-) )
Currency Exchange, 95 & Jeffrey Cur- )
rency Exchange Corp., Barry S. Maram- )
Illinois Dept. of Healthcare & Family- )
Services, Carol A. Adams-Sec.-Dept.- )
of Human Services, )
)
    Defendant-Appellees, )
)
SS. No.: 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 )

**FILED**
J.N FEB X 5 2008
FEB 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF APPEAL

### TO COURT OF APPEALS
### 28 U.S.C.A. Sec. 1291 - Fed. R. App. P. Rules 3 (b, 2),- 4 a, (1),- 4 (A), (i),
### Fed. R. App. P. 6 (a), (b, 2,) (A), (i),

### NOTICE OF APPEAL TO UNITED STATES COURT OF
### APPEALS FOR THE SEVENTH CIRCUIT

1

**DEAN E. COCHRAN**, the Plaintiff appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment or Order or decree of the District Court for The Northern District Of Illinois, Eastern Division, entered in this case on January 15th, 2008, Order of Court described as follows below:

This matter is before the Court on Appellant Dean E. Cochran's ("Cochran") motion for rehearing on appeal. Cochran filed an appeal from the United States Bankruptcy Court for the Northern District of Illinois on December 12, 2007. On January 8, 2008, we dismissed Cochran's appeal for failing to serve and file an appellant's brief with the district court within 15 days after entry of the appeal on the docket. On January 11, 2008, Cochran filed the instant motion for rehearing on appeal pursuant to Federal Rule of Bankruptcy Procedure 8015.

We first note that Cochran addresses his motion to the "Bankruptcy Appellate Panel." While several other Circuits employ bankruptcy appellate panels, no such panel exists in the Seventh Circuit. See 28 U.S.C. Sec. 158 (stating that bankruptcy appellate panels are established on a circuit by circuit basis). However, since Cochran is a pro se appellant we will liberally construe his pleadings as filed and addressed to this court. See Alvarado v. Litscher, 267 F.3d 548, 541 (7th Cir. 2001) (noting that the pleadings of a pro se plaintiff are held to "less stringent standards than formal pleadings drafted by lawyers").

In the instant motion, Cochran asserts that he filed a " Motion for Order Extending Time for Filing & Serving of Brief," on December 14, 2007. However, the docket reveals that no such motion was filed in this court, Pro Se Motions, while entitled to deference, cannot be considered by any standard if they are not filed at all. As of the date of this order, the docket reflects no motion for an extension of time, nor has Cochran filed his appellant's brief, which was due December 27, 2007. Cochran does not argue that his alleged motion for an extension was properly filed in this court or that it was granted prior to the exhaustion of the statutorily prescribed time period to file an appellant's brief. Cochran has not otherwise demonstrated that this countered in dismissing his appeal pursuant to Federal Rule of Bankruptcy Procedure 8009 (a)(1). Cochran has not presented any other arguments or evidence that would warrant the granting of his motion for rehearing. Therefore, based on the reasons stated above, we deny Cochran's motions. [Docket Entry Text] For the reasons stated below, Appellant's motion for a rehearing [18], [19] are denied. All pending motions are hereby stricken as moot.

**Wherefore**, Plaintiff-Appellant, hereby stated above requests this Notice of Appeal, be granted by the Court of Appeals from the Order of the District Court, dated January 15th, 2008, and Order of Court, dated February 4th, 2008, respectively.

2/5/2008

Respectfully Submitted,

*[signature]*

Dean E. Cochran/ Plaintiff-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

2