UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dean E. Cochran, | **B.C. Case No.: 92 B 22111** |
| Debtor-Appellant, | |
| | D.C. Judge: Samuel Der-Yeghiayan |
| Address: 9335 South Merrill Avenue<br>Chicago, Illinois 60617<br>(773) 731-9302 | Chapter 7 |
| | **Case No.: 07 CV 6974** |
| United Bank, (Moundsville, W.Va., United Bank, (Wheeling, W.Va.), Verme Istock-Bank One International-Corp., J.P. Morgan ChaseBank, Anne Arvia-Shore Bank, Mgr.-Roxie M. Williamson-National City Bank, Sylvia Perez, Ace Garage, U.S. Treasury-Phila., Pa., Sal's Import Repair, U.S. Treasury-Hyattsville, Md., Ohio County Schools, 5th Lake-) Currency Exchange, 95 & Jeffrey Currency Exchange Corp., Barry S. Maram-Illinois Dept. of Healthcare & Family-Services, Carol A. Adams-Sec.-Dept.- of Human Services, | |
| Defendant-Appellees, | |
| SS. No.: 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 | |

FILED

J.N  FEB X 5 2008

FEB 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

### TO COURT OF APPEALS
28 U.S.C.A. Sec. 1291 - Fed. R. App. P. Rules 3 (b, 2), - 4 a, (1), - 4 (A), (i),
Fed. R. App. P. 6 (a), (b, 2,) ( A), (i),

### NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

1

**DEAN E. COCHRAN**, the Plaintiff appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment or Order or decree of the District Court for The Northern District Of Illinois, Eastern Division, entered in this case on January 15th, 2008, Order of Court described as follows below:

This matter is before the Court on Appellant Dean E. Cochran's ("Cochran") motion for rehearing on appeal. Cochran filed an appeal from the United States Bankruptcy Court for the Northern District of Illinois on December 12, 2007. On January 8, 2008, we dismissed Cochran's appeal for failing to serve and file an appellant's brief with the district court within 15 days after entry of the appeal on the docket. On January 11, 2008, Cochran filed the instant motion for rehearing on appeal pursuant to Federal Rule of Bankruptcy Procedure 8015.

We first note that Cochran addresses his motion to the "Bankruptcy Appellate Panel." While several other Circuits employ bankruptcy appellate panels, no such panel exists in the Seventh Circuit. See 28 U.S.C. Sec. 158 (stating that bankruptcy appellate panels are established on a circuit by circuit basis). However, since Cochran is a pro se appellant we will liberally construe his pleadings as filed and addressed to this court. See Alvarado v. Litscher, 267 F.3d 548, 541 (7th Cir. 2001) (noting that the pleadings of a pro se plaintiff are held to "less stringent standards than formal pleadings drafted by lawyers").

In the instant motion, Cochran asserts that he filed a " Motion for Order Extending Time for Filing & Serving of Brief," on December 14, 2007. However, the docket reveals that no such motion was filed in this court, Pro Se Motions, while entitled to deference, cannot be considered by any standard if they are not filed at all. As of the date of this order, the docket reflects no motion for an extension of time, nor has Cochran filed his appellant's brief, which was due December 27, 2007. Cochran does not argue that his alleged motion for an extension was properly filed in this court or that it was granted prior to the exhaustion of the statutorily prescribed time period to file an appellant's brief. Cochran has not otherwise demonstrated that this countered in dismissing his appeal pursuant to Federal Rule of Bankruptcy Procedure 8009 (a)(1). Cochran has not presented any other arguments or evidence that would warrant the granting of his motion for rehearing. Therefore, based on the reasons stated above, we deny Cochran's motions. [Docket Entry Text] For the reasons stated below, Appellant's motion for a rehearing [18], [19] are denied. All pending motions are hereby stricken as moot.

**Wherefore**, Plaintiff-Appellant, hereby stated above requests this Notice of Appeal, be granted by the Court of Appeals from the Order of the District Court, dated January 15th, 2008, and Order of Court, dated February 4th, 2008, respectively.

2/5/2008

Respectfully Submitted,

*[signature]*

Dean E. Cochran/ Plaintiff-Appellant
9335 South Merrill Avenue
Chicago, Illinois  60617
(773) 731-9302

2

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07cv6974

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| In Re: Dean E. Cochran (Appellant) | | |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Dean E. Cochran | Name | N/A |
| Firm | PRO SE | Firm | |
| Address | 9335 South Merrill Ave. Chicago, IL 60617 | Address | |
| Phone | (773) 731-9302 | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Der-Yeghiayan | Date Filed in District Court | 12/12/07 |
| Court Reporter | L. LaCien (ext 5032) | Date of Judgment | 1/18/08 |
| Nature of Suit Code | 422 | Date of Notice of Appeal | 2/5/08 |

COUNSEL:  Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:  Paid [ ]   Due [ ]   IFP [ ]
IFP Pending [X]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6974 | DATE | 1/15/2008 |
| CASE TITLE | In Re: Dean Cochran | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Appellant's motion for a rehearing [18], [19] are denied. All pending motions are hereby stricken as moot.

■ [ For further details see text below.]

Docketing to mail notices.

## STATEMENT

This matter is before the Court on Appellant Dean E. Cochran's ("Cochran") motion for rehearing on appeal. Cochran filed an appeal from the United States Bankruptcy Court for the Northern District of Illinois on December 12, 2007. On January 8, 2008, we dismissed Cochran's appeal for failing to serve and file an appellant's brief with the district court within 15 days after entry of the appeal on the docket. On January 11, 2008, Cochran filed the instant motion for rehearing on appeal pursuant to Federal Rule of Bankruptcy Procedure 8015.

We first note that Cochran addresses his motion to the "Bankruptcy Appellate Panel." While several other Circuits employ bankruptcy appellate panels, no such panel exists in the Seventh Circuit. *See* 28 U.S.C. § 158 (stating that bankruptcy appellate panels are established on a circuit by circuit basis). However, since Cochran is a *pro se* appellant we will liberally construe his pleadings as filed and addressed to this court. *See Alvarado v. Litscher*, 267 F.3d 648, 651 (7th Cir. 2001)(noting that the pleadings of a *pro se* plaintiff are held to "less stingent standards than formal pleadings drafted by lawyers").

In the instant motion, Cochran asserts that he filed a "Motion for Order Extending Time for Filing &

**STATEMENT**

Serving of Brief" on December 14, 2007. However, the docket reveals that no such motion was filed in this court. *Pro se* motions, while entitled to deference, cannot be considered by any standard if they are not filed at all. As of the date of this order, the docket reflects no motion for an extension of time, nor has Cochran filed his appellant's brief, which was due December 27, 2007. Cochran does not argue that his alleged motion for an extension was properly filed in this court or that it was granted prior to the exhaustion of the statutorily prescribed time period to file an appellant's brief. Cochran has not otherwise demonstrated that this court erred in dismissing his appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1). Cochran has not presented any other arguments or evidence that would warrant the granting of his motion for rehearing. Therefore, based on the reasons stated above, we deny Cochran's motions.

APPEAL, NOLAN, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06974
### Internal Use Only

In re: Cochran
Assigned to: Honorable Samuel Der-Yeghiayan
Case in other court: USBC ND/IL, 92 B 22111

Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)

Date Filed: 12/12/2007
Date Terminated: 01/08/2008
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Dean E Cochran**   represented by **Dean E Cochran**
9335 South Merrill Avenue
Chicago, IL 60617
(773) 731-9302
PRO SE

**Service List**   represented by **United States Trustee**
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606
*ATTORNEY TO BE NOTICED*

**Judge Katz**
United States Bankruptcy Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604
*ATTORNEY TO BE NOTICED*

**Kenneth S. Gardner**
United States Bankruptcy Court
Northern District of Illinois
219 South Dearborn Street

Chicago, IL 60604
(312)435-5654
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2007 | 1 | APPEAL from U.S. Bankruptcy Court case number 92 B 22111 consisting of transmittal letter and certified docket sheet. (Judge Katz). (Document not scanned). (gmr) (Entered: 12/14/2007) |
| 12/12/2007 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 12/14/2007) |
| 12/14/2007 |  | MAILED Rule 8007 letter to Pro Se Appellant. (gmr, ) (Entered: 12/14/2007) |
| 12/20/2007 | 3 | EMERGENCY MOTION by Appellant Dean E Cochran to vacate order of court dated 12/10/2007. (Exhibits). (gmr, ) (Entered: 12/26/2007) |
| 12/27/2007 | 4 | MOTION by Appellant Dean E Cochran for stay of "order" pending appeal before a Bankruptcy Appellate Panel F. Bankr. R. 8005. (Exhibits). (gmr, ) (Entered: 01/02/2008) |
| 12/28/2007 | 5 | SUPPLEMENT by Dean E Cochran to bankruptcy appeal 1. (lcw, ) (Entered: 01/03/2008) |
| 01/02/2008 | 6 | MOTION by Appellant Dean E Cochran to amend name of defendant and motion for preliminary injunction.(lcw, ) (Entered: 01/04/2008) |
| 01/02/2008 | 7 | NOTICE of Filing by Dean E Cochran regarding MOTION by Appellant Dean E Cochran to amend and MOTION for preliminary injunction 6. (lcw, ) (Entered: 01/04/2008) |
| 01/04/2008 | 8 | NOTICE of Motion by Dean E Cochran for presentment of motion to vacate 3 before Honorable Samuel Der-Yeghiayan on 1/8/2008 at 09:00 AM. (lcw, ) (Entered: 01/07/2008) |
| 01/04/2008 | 9 | RECORD by Dean E Cochran on appeal - Included Designation of Items. (lcw, ) (Entered: 01/08/2008) |
| 01/08/2008 | 10 | MINUTE entry before Judge Samuel Der-Yeghiayan : This matter is before the Court on an appeal from the United States Bankruptcy Court for the Northern District of Illinois. Pursuant to Federal Rule of Bankruptcy Procedure 8009, an appellant must serve and file an appellant's brief with the district court within 15 days after entry of the appeal on the docket. In the instant action, the appeal was docketed on December 12, 2007. Appellant has not filed an appellant's brief and the deadline has passed. We note that on December 20, 2007, Appellant filed a motion in this court relating to another order of the Bankruptcy Court. However, such motion does not constitute an appellant's brief in |

| | | |
|---|---|---|
| | | this action. Since Appellant has failed to file an appellants brief within the 15 days mandated by the Federal Rules of Bankruptcy Procedure, Appellant's appeal is dismissed. All pending motions are denied as moot. Mailed notice (lcw, ) (Entered: 01/09/2008) |
| 01/08/2008 | [11](#) | ENTERED JUDGMENT.(lcw, ) (Entered: 01/09/2008) |
| 01/08/2008 | [12](#) | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | [13](#) | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | [14](#) | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | [15](#) | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | [16](#) | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | [17](#) | ENTRY OF DEFAULT by Dean E Cochran; Notice. (REDACTED - Original Paper Document on File). (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | [18](#) | MOTION by Appellant Dean E Cochran for rehearing on appeal; Notice. (Exhibits). (REDACTED - Originial Paper Document on File). (gmr, ) (Entered: 01/10/2008) |
| 01/09/2008 | | MAILED bankruptcy letter with two certified copies of order dated 1/8/08 to Lenore Johnson, USBC. (lcw, ) (Entered: 01/09/2008) |
| 01/11/2008 | [19](#) | MOTION by Appellant Dean E Cochran for rehearing on appeal Fed.R.Bankr.P.8015. (lcw, ) (Entered: 01/14/2008) |
| 01/11/2008 | [20](#) | NOTICE of Motion by Dean E Cochran for presentment of motion for rehearing [19](#) before Honorable Samuel Der-Yeghiayan on 1/15/2008 at 09:00 AM. (lcw, ) (Entered: 01/14/2008) |
| 01/11/2008 | [21](#) | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice (cdy, ) (Entered: 01/15/2008) |
| 01/11/2008 | [22](#) | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice (cdy, ) (Entered: 01/15/2008) |
| 01/11/2008 | [23](#) | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice (cdy, ) (Entered: 01/15/2008) |
| 01/11/2008 | [24](#) | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice (cdy, ) (Entered: 01/15/2008) |
| 01/11/2008 | [25](#) | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice. (cdy, ) (Entered: 01/15/2008) |
| 01/15/2008 | [26](#) | MINUTE entry before Judge Samuel Der-Yeghiayan : For the reasons |

| | | |
|---|---|---|
| | | stated below, Appellant's motion for a rehearing **18**, **19** are denied. All pending motions are hereby stricken as moot. Mailed notice (cdy, ) (Entered: 01/17/2008) |
| 01/15/2008 | **27** | SUPPLEMENT to the Record from the USBC. (Attachments: # **1** Motion for order extending time for filing & Servicing Brief dated 12/14/07)(cdy, ) (Entered: 01/18/2008) |
| 01/23/2008 | **28** | MOTION by Appellant Dean E Cochran to stay judgment or order pending appeal Fed.R.BankrP. 8017 (cdy, ) (Entered: 01/24/2008) |
| 01/23/2008 | **29** | MOTION by Appellant Dean E Cochran for disqualification of District Court Judge F.R.Bankr.P.5004 (cdy, ) (Entered: 01/24/2008) |
| 01/28/2008 | **30** | NOTICE of Correction regarding bankruptcy appeal**1**; Document contains personal information, not scanned; The text of the entry has been edited and the PDF file has been replaced. (gmr, ) (Entered: 01/28/2008) |
| 01/28/2008 | **31** | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default before Honorable Samuel Der-Yeghiayan on 2/5/2008 at 09:00 a.m.(cdy, ) (Entered: 01/29/2008) |
| 01/28/2008 | **32** | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default before Honorable Samuel Der-Yeghiayan on 2/5/2008 at 09:00 AM. (cdy, ) (Entered: 01/29/2008) |
| 01/28/2008 | **33** | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the District Court before Honorable Samuel Der-Yeghiayan on 2/6/2008 at 09:00 AM. (cdy, ) (Entered: 01/29/2008) |
| 01/28/2008 | **34** | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the District Court before Honorable Samuel Der-Yeghiayan on 2/7/2008 at 09:00 AM. (cdy, ) (Entered: 01/29/2008) |
| 01/28/2008 | **35** | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/7/2008 at 09:00 a.m.(cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **36** | NOTICE of Motion by Dean E Cochran for presentment of motion for order or judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/12/2008 at 09:00 a.m. (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **37** | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/13/2008 at 09:00 a.m.(cdy, ) (Entered: 01/30/2008) |

| | | |
|---|---|---|
| 01/28/2008 | **38** | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/14/2008 at 09:00 a.m.(cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **39** | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/14/2008 at 09:00 a.m. (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **40** | ENTRY of default B.R. 7055 by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **41** | RECEIVED REQUEST for entry of default judgment by default and affidavit of amoutn due by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **42** | RECEIVED REQUEST for entry of default judgment by default and affidavit of amount due by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **43** | RECEIVED REQUEST for entry of default judgment by default and affidavit of amount due by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **44** | RECEIVED REQUEST for entry of default judgment be default and affidavit of amount due by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **45** | RECEIVED MOTION by Appellant Dean E Cochran for stay of judgment or order pending appeal (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | **46** | NOTICE of Motion by Dean E Cochran for presentment of motion to stay **45** before Honorable Samuel Der-Yeghiayan on 2/28/2008 at 09:00 a.m. (cdy, ) (Entered: 01/30/2008) |
| 02/05/2008 | **47** | MOTION by Appellant Dean E Cochran for leave to appeal in forma pauperis. (air, ) (Entered: 02/06/2008) |
| 02/05/2008 | **48** | NOTICE of appeal by Dean E Cochran regarding orders **26** ifp pending. (air, ) (Entered: 02/06/2008) |