## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6974 | **DATE** | 2/13/2008 |
| **CASE TITLE** | In Re: Dean E Cochran | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Appellant's motion for leave to appeal in forma pauperis [47] is denied.

■[ For further details see text below.]　　　　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

### STATEMENT

　　　This matter is before the court on Appellant Dean E. Cochran's ("Cochran") motion for leave to proceed on appeal *in forma pauperis*. Cochran did not properly complete an *in forma pauperis* application form pursuant to Federal Rule of Appellate Procedure 24(a)(1) ("Rule 24"). Several of Cochran's responses on the application form are illegible and ambiguous. For example, in response to the question of whether anyone else living at the same residence has more than $200 in cash or checking or savings accounts, Cochran has checked both "Yes" and "No." (Mot. IFP Par. 4). Also, Cochran's response regarding his income from public sources is ambagious. Cochran appears to state that he has received $7,476.00 in the last twelve months, along with $480.00 in public aid. However, Cochran has also provided other markings which make his answer unclear. Cochran has thus failed to provide a complete and accurate *in forma pauperis* application form and has not complied with Rule 24, in that he has not provided the court with an accurately completed affidavit that shows his inability to pay in the detail prescribed in the forms referred to in Rule 24. Fed. R. App. P. 24(a)(1).

　　　Based upon the information provided, Cochran has also not shown himself to be sufficiently indigent to warrant granting his motion for leave to proceed on appeal *in forma pauperis* and we deny the motion.