

KC FILED
FEB 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dean E. Cochran,

    Plaintiff-Appellant,   )   **App. Case No.: 08 – 1281**

Vs.

    )   B.C. No.: 92 B 22111

    )   D.C. Judge: Samuel Der-Yeghiayan

United Bank, (Moundsville, W.Va.,
United Bank, (Wheeling, W.Va.,
Verne Istock-Bank One International-
Corp., J.P. Morgan ChaseBank,
Anne Arvia-Shore Bank,
Mgr. –Roxie M. Williamson-National-  )  **D.C. Case No. 07 CV 6974**
City Bank, Sylvia Perez, Ace Garage,
U.S. Treasury-Phila. Pa., Sal's Import-
Repair, U.S. Treasury-Hyattsville, Md.,
Ohio County Schools, 5th Lake Currency-
Exchange, 95th & Jeffrey Currency-  )  Chapter 7
Exchange Corp., Barry S. Maram-
Illinois Dept. of healthcare & Family-
Services, Carol A Adams-Secretary-
Dept. oh Human Services,

    Defendant-Appellees,

SS. No.: 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

## RECORD ON APPEAL
### F.R. APP. P. 10 (a), (1), (2), (3)
### (b), (1), (A), (i),

### Appellant's Request For Order Of Transcript By Reporter
### F.R. App. P. 10 (b) (1) (A)

    Pursuant to F.R. App. P. 10 (a), (1), (2), (3), -10 (b), (1), (A), (i), of the Rules of Appellate Procedure, Dean E. Cochran, the Debtor-Appellant, in the above-entitled action and Appellant herein, designates the following contents for inclusion in the Record on Appeal.

1

Debtor, herein stated, as Dean E. Cochran, Appellant, in the above-named Appeal to the United States Court of Appeals, states as follows, that the;:

1. Entry of all original papers and exhibits filed in the District Court; stemming from 12-12-2007 through 02-06-2008, have been filed.

2. the transcript of the proceedings, if any; and

3. a certified copy of the Docket Entries prepared by the District Clerk

### F.R.A.P. 10 (b) (1) (A)-APPELLANT'S DUTY TO ORDER TRANSCRIPT
### F.R.A.P. 10 (b) (2) Unsupported Finding Or Conclusion

**(b) The Transcript of Proceedings (1) Appellant's Duty to Order.**

Appellant, Dean E. Cochran, intends to appeal certain parts of record dated on the court docket designation of parts of record, as follows: (1.) Order of Court dated January 15th, 2008 [Docket Text No. 10] (2.) Order of Court dated January 15th, 2008 [Docket Text No. 26 and (3.) Order of Court dated February 5th, 2008 [Docket Text No. 51] respectively. (b) (1),- (A) Order from the reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary, subject to a local rule of the Court of Appeals and with the following qualifications: (i) the order must be in writing; (iii) the Appellant must, within the same period, file a copy of the Order with the District Clerk, or **(2) Unsupported Finding or Conclusion.** If the Appellant intends to urge on Appeal that a finding or conclusion is unsupported by the evidence or is contrary to the evidence, the Appellant must include in the record a transcript of all evidence relevant to that finding or conclusion. In reference to **F.R.A.P. 10 (b), (1), (A)** the Appellant contends to admit to the Record or Transcript, an additional Complaint For Turnover of Property Complaint Against Defendants', ( City of Wheeling, Ohio County, West Virginia), and (City of Chicago, Cook County, Illinois), specifically the Probate Division, pertaining to several deceased parties, whom have included the Debtor as a Beneficiary of their Last Will And Testament, that should have been

included in the Record, however the Debtor-Appellant, had not been able to include the additional Complaint, because of the dismissal Orders of Court, pertaining to Debtor's estate.

You are further notified that Plaintiff-Appellant, intends to present the following issues on Appeal:

### Statement of Issues on Appeal:

1. Issues to be Presented are the Entries of Judgment, of the District Court dated January 8th, 2008, Docket Entry 10, in part which states: that pursuant to Federal Rule of Bankruptcy Procedure 8009, an Appellant must serve and file an Appellant's brief with the District Court within 15days after entry of the appeal on the docket. In the instant action, the appeal was docketed on Decemeer12, 2007. Appellant has not filed an Appellant's brief and the deadline has passed. We note that on December 10, 2007, Appellant filed a motion in this court relating to another Order of the Bankruptcy court. However, such motion does not constitute an Appellant's brief in this action. Since Appellant has failed to file an Appellant's brief within the 15 days mandated by the Federal Rules of Bankruptcy Procedure, Appellant's appeal is dismissed. All pending motions are denied as moot.

2. Entries of Judgment or Orders of Court dated, January 15th, 2008, in part states as follows: For the reasons stated below, Appellant's Motion for Rehearing Minute Entry [18], [19], are denied. All pending motions are hereby stricken as moot.

3. **F.R. App. P. 10 (e) Correction or Modification of the Record**. (1.) If any difference arises about whether the record truly discloses what occurred in the District Court, the difference must be submitted to and settled by that Court and the record conformed accordingly (2.) If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded;

**(A) On stipulation of the parties; (B) by the District Court before or after the record has been forwarded; or (C) by the Court of Appeals. (3) All other questions as to the form and content of the record must be presented to the Court of Appeals.**

4. Appellant's Motion For Extention of Time To File Brief, dated December 14th, 2007, as attached, had been omitted by the Clerk of Court of the U.S. Bankruptcy Court, and filed as an ordinary Motion and had been Docketed with the Bankruptcy Court Docket. However, the Appellant's Notice of Appeal had been filed on December 3rd, 2007, and the Motion for Extention Of Time to File Appellant's Brief, as according to B.R. 8009, had been filed on December 14th, 2007, with the Clerk of Court of the U.S. Bankruptcy Court, because the District Court had not issued a Case No. and the Appellant, had been told by the Clerk of Court of the Bankruptcy Court, that the Motion could not be filed without a District Court Case No., and that the Motion would be placed in the file with the Notice of Appeal. There has been a slight Error of Record, and Appellant requests that the error be corrected as according to F.R. App. P. 10 (e) and denying the dismissal of Appellant's appeal, which had been dismissed because of an error of filing that had been done during the filing of Appellant's appeal.

**WHEREFORE, FOR THE AFOREMENTIONED**, statements of fact presented above, Appellant requests this Honorable Court to grant the filing and request of the Record on Appeal, and **Order of Transcript from the Reporter**, by Appellant, or petitioner, so noted.

2/14/2008                                                                 Respectfully Submitted,

                                                                          *[signature]*

4

## CERTIFICATE OF SERVICE

**SERVICE OF THE FOREGOING, RECORD ON APPEAL, WAS HAD,** by true copy thereof by personal delivery to the Clerk of Court of the United States District Court, For The Northern District of Illinois, Dirksen Federal Courthouse, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, and to all parties to the Appeal, all on this 14th day of February, 2008, by Appellant.

2/14/2008

*[signature]*
Dean E. Cochran/ Debtor-Appellant
9335 South Merrill Avenue
Chicago, Illinois 60617
(773) 731-9302

5