

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 14, 2008

**F I L E D**

FEB 1 9 2008  YM
Feb 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Before*

**Hon. FRANK H. EASTERBROOK,** *Chief Judge*

**Hon. WILLIAM J. BAUER,** *Circuit Judge*

**Hon. JOEL M. FLAUM,** *Circuit Judge*

| | |
|---|---|
| IN RE:<br>    DEAN E. COCHRAN,<br>        Debtor-Appellant.<br><br>No. 08-1281 | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 07 C 6974<br>]<br>] Samuel  Der-Yeghiayan,<br>]     Judge. |

The following are before the court:

1. **STAY OR INJUNCTION PENDING APPEAL (A) MOTION FOR STAY F.R. APP. PROC. 8(a)2 - B.R. 8017 (b)**, filed on February 7, 2008, by the pro se appellant.

2. **MOTION FOR STAY OF INJUNCTION PENDING APPEAL ORDER OF COURT DATED JANUARY 8TH, 2007 F.R. APP. 8(a)2-**, filed on February 12, 2008, by the pro se appellant.

   **IT IS ORDERED** that #1 and #2 are **DENIED**. The only filings that will be accepted from appellant are his docketing statement which was due on February 12, 2008, any renewed motion to proceed in forma pauperis if necessary, and his brief.