

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

February 27, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: In Re: Dean E. Cochran

U.S.D.C. DOCKET NO. : 07cv6974

U.S.C.A. DOCKET NO. : 08-1281

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)            **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: In Re: Dean E. Cochran.

USDC NO.    : 07cv6974

USCA NO.    : 08-1281

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 27th day of February, 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
            A. Rone, Deputy Clerk

APPEAL, NOLAN, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06974
### Internal Use Only

| | |
|---|---|
| In re: Cochran<br>Assigned to: Honorable Samuel Der-Yeghiayan<br>Case in other court: 08-01281<br>            USBC ND/IL, 92 B 22111<br>Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP) | Date Filed: 12/12/2007<br>Date Terminated: 01/08/2008<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**Appellant**

| | | |
|---|---|---|
| **Dean E Cochran** | represented by | **Dean E Cochran**<br>9335 South Merrill Avenue<br>Chicago, IL 60617<br>(773) 731-9302<br>PRO SE |
| **Service List** | represented by | **United States Trustee**<br>Office of the United States Trustee<br>227 West Monroe Street<br>Suite 3350<br>Chicago, IL 60606<br>*ATTORNEY TO BE NOTICED*<br><br>**Judge Katz**<br>United States Bankruptcy Court<br>Northern District of Illinois<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>*ATTORNEY TO BE NOTICED*<br><br>**Kenneth S. Gardner**<br>United States Bankruptcy Court<br>Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604<br>(312)435-5654<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2007 | 1 | APPEAL from U.S. Bankruptcy Court case number 92 B 22111 consisting of transmittal letter and certified docket sheet. (Judge Katz). (Document not scanned). (gmr) (Entered: 12/14/2007) |

| 12/12/2007 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 12/14/2007) |
|---|---|---|
| 12/14/2007 |  | MAILED Rule 8007 letter to Pro Se Appellant. (gmr, ) (Entered: 12/14/2007) |
| 12/20/2007 | 3 | EMERGENCY MOTION by Appellant Dean E Cochran to vacate order of court dated 12/10/2007. (Exhibits). (gmr, ) (Entered: 12/26/2007) |
| 12/27/2007 | 4 | MOTION by Appellant Dean E Cochran for stay of "order" pending appeal before a Bankruptcy Appellate Panel F. Bankr. R. 8005. (Exhibits). (gmr, ) (Entered: 01/02/2008) |
| 12/28/2007 | 5 | SUPPLEMENT by Dean E Cochran to bankruptcy appeal 1. (lcw, ) (Entered: 01/03/2008) |
| 01/02/2008 | 6 | MOTION by Appellant Dean E Cochran to amend name of defendant and motion for preliminary injunction.(lcw, ) (Entered: 01/04/2008) |
| 01/02/2008 | 7 | NOTICE of Filing by Dean E Cochran regarding MOTION by Appellant Dean E Cochran to amend and MOTION for preliminary injunction 6. (lcw, ) (Entered: 01/04/2008) |
| 01/04/2008 | 8 | NOTICE of Motion by Dean E Cochran for presentment of motion to vacate 3 before Honorable Samuel Der-Yeghiayan on 1/8/2008 at 09:00 AM. (lcw, ) (Entered: 01/07/2008) |
| 01/04/2008 | 9 | RECORD by Dean E Cochran on appeal - Included Designation of Items. (lcw, ) (Entered: 01/08/2008) |
| 01/08/2008 | 10 | MINUTE entry before Judge Samuel Der-Yeghiayan : This matter is before the Court on an appeal from the United States Bankruptcy Court for the Northern District of Illinois. Pursuant to Federal Rule of Bankruptcy Procedure 8009, an appellant must serve and file an appellant's brief with the district court within 15 days after entry of the appeal on the docket. In the instant action, the appeal was docketed on December 12, 2007. Appellant has not filed an appellant's brief and the deadline has passed. We note that on December 20, 2007, Appellant filed a motion in this court relating to another order of the Bankruptcy Court. However, such motion does not constitute an appellant's brief in this action. Since Appellant has failed to file an appellants brief within the 15 days mandated by the Federal Rules of Bankruptcy Procedure, Appellant's appeal is dismissed. All pending motions are denied as moot. Mailed notice (lcw, ) (Entered: 01/09/2008) |
| 01/08/2008 | 11 | ENTERED JUDGMENT.(lcw, ) (Entered: 01/09/2008) |
| 01/08/2008 | 12 | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | 13 | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | 14 | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |

| | | |
|---|---|---|
| 01/08/2008 | 15 | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | 16 | REQUEST For Entry of Default Judgment by Default by Dean E Cochran with affidavit of amount due. (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | 17 | ENTRY OF DEFAULT by Dean E Cochran; Notice. (REDACTED - Original Paper Document on File). (gmr, ) (Entered: 01/10/2008) |
| 01/08/2008 | 18 | MOTION by Appellant Dean E Cochran for rehearing on appeal; Notice. (Exhibits). (REDACTED - Originial Paper Document on File). (gmr, ) (Entered: 01/10/2008) |
| 01/09/2008 | | MAILED bankruptcy letter with two certified copies of order dated 1/8/08 to Lenore Johnson, USBC. (lcw, ) (Entered: 01/09/2008) |
| 01/11/2008 | 19 | MOTION by Appellant Dean E Cochran for rehearing on appeal Fed.R.Bankr.P.8015. (lcw, ) (Entered: 01/14/2008) |
| 01/11/2008 | 20 | NOTICE of Motion by Dean E Cochran for presentment of motion for rehearing 19 before Honorable Samuel Der-Yeghiayan on 1/15/2008 at 09:00 AM. (lcw, ) (Entered: 01/14/2008) |
| 01/11/2008 | 21 | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice (cdy, ) (Entered: 01/15/2008) |
| 01/11/2008 | 22 | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice (cdy, ) (Entered: 01/15/2008) |
| 01/11/2008 | 23 | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice (cdy, ) (Entered: 01/15/2008) |
| 01/11/2008 | 24 | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice (cdy, ) (Entered: 01/15/2008) |
| 01/11/2008 | 25 | REQUEST For Entry of Default Judgment by default and affidavit of amount due by Dean E Cochran; Notice. (cdy, ) (Entered: 01/15/2008) |
| 01/15/2008 | 26 | MINUTE entry before Judge Samuel Der-Yeghiayan : For the reasons stated below, Appellant's motion for a rehearing 18, 19 are denied. All pending motions are hereby stricken as moot. Mailed notice (cdy, ) (Entered: 01/17/2008) |
| 01/15/2008 | 27 | SUPPLEMENT to the Record from the USBC. (Attachments: # 1 Motion for order extending time for filing & Servicing Brief dated 12/14/07) (cdy, ) (Entered: 01/18/2008) |
| 01/23/2008 | 28 | MOTION by Appellant Dean E Cochran to stay judgment or order pending appeal Fed.R.BankrP. 8017 (cdy, ) (Entered: 01/24/2008) |
| 01/23/2008 | 29 | MOTION by Appellant Dean E Cochran for disqualification of District Court Judge F.R.Bankr.P.5004 (cdy, ) (Entered: 01/24/2008) |
| 01/28/2008 | 30 | NOTICE of Correction regarding bankruptcy appeal 1; Document contains personal information, not scanned; The text of the entry has |

| | | |
|---|---|---|
| | | been edited and the PDF file has been replaced. (gmr, ) (Entered: 01/28/2008) |
| 01/28/2008 | 31 | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default before Honorable Samuel Der-Yeghiayan on 2/5/2008 at 09:00 a.m.(cdy, ) (Entered: 01/29/2008) |
| 01/28/2008 | 32 | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default before Honorable Samuel Der-Yeghiayan on 2/5/2008 at 09:00 AM. (cdy, ) (Entered: 01/29/2008) |
| 01/28/2008 | 33 | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the District Court before Honorable Samuel Der-Yeghiayan on 2/6/2008 at 09:00 AM. (cdy, ) (Entered: 01/29/2008) |
| 01/28/2008 | 34 | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the District Court before Honorable Samuel Der-Yeghiayan on 2/7/2008 at 09:00 AM. (cdy, ) (Entered: 01/29/2008) |
| 01/28/2008 | 35 | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/7/2008 at 09:00 a.m.(cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | 36 | NOTICE of Motion by Dean E Cochran for presentment of motion for order or judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/12/2008 at 09:00 a.m. (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | 37 | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/13/2008 at 09:00 a.m.(cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | 38 | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/14/2008 at 09:00 a.m.(cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | 39 | NOTICE of Motion by Dean E Cochran for presentment of motion for order of judgment by default to the district court before Honorable Samuel Der-Yeghiayan on 2/14/2008 at 09:00 a.m. (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | 40 | ENTRY of default B.R. 7055 by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | 41 | RECEIVED REQUEST for entry of default judgment by default and affidavit of amoutn due by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | 42 | RECEIVED REQUEST for entry of default judgment by default and affidavit of amount due by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |

| 01/28/2008 | (43) | RECEIVED REQUEST for entry of default judgment by default and affidavit of amount due by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |
| --- | --- | --- |
| 01/28/2008 | (44) | RECEIVED REQUEST for entry of default judgment be default and affidavit of amount due by Dean E Cochran (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | (45) | RECEIVED MOTION by Appellant Dean E Cochran for stay of judgment or order pending appeal (cdy, ) (Entered: 01/30/2008) |
| 01/28/2008 | (46) | NOTICE of Motion by Dean E Cochran for presentment of motion to stay 45 before Honorable Samuel Der-Yeghiayan on 2/28/2008 at 09:00 a.m. (cdy, ) (Entered: 01/30/2008) |
| 02/05/2008 | (47) | MOTION by Appellant Dean E Cochran for leave to appeal in forma pauperis. (air, ) (Entered: 02/06/2008) |
| 02/05/2008 | (48) | NOTICE of appeal by Dean E Cochran regarding orders 26 ifp pending. (air, ) (Entered: 02/06/2008) |
| 02/05/2008 | (51) | MINUTE entry before Judge Samuel Der-Yeghiayan : As stated below, the instant appeal was dismissed and since we denied rehearing, pursuant to Federal Rule of Bankruptcy Procedure 8015, we strike all outstanding motions 28, 29, 45 and documents filed by Appellant as moot. Mailed notice (cdy, ) (Entered: 02/06/2008) |
| 02/06/2008 | (49) | TRANSMITTED to the 7th Circuit the short record on notice of appeal 48. Notified counsel (air, ) (Entered: 02/06/2008) |
| 02/06/2008 | (50) | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 02/06/2008) |
| 02/06/2008 | (52) | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 48; USCA Case No. 08-1281 (cdy, ) (Entered: 02/08/2008) |
| 02/13/2008 | (53) | MINUTE entry before Judge Samuel Der-Yeghiayan : For the reasons stated below, Appellant's motion for leave to appeal in forma pauperis 47 is denied. Mailed notice (cdy, ) (Entered: 02/13/2008) |
| 02/14/2008 | (54) | REQUEST by Appellant Dean E Cochran for order of transcript by reporter (cdy, ) (Entered: 02/19/2008) |
| 02/14/2008 | (55) | MOTION by Appellant Dean E Cochran for extension of time for filing and serving brief (cdy, ) (Entered: 02/19/2008) |
| 02/19/2008 | (56) | COPY of order dated 2/14/08 from the USCA regarding notice of appeal 48 ; Appellate case no. : 08-1281 (cdy, ) (Entered: 02/21/2008) |

KEY:
All circled items are included in appeal
all / items are not included in appeal