# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6974 | **DATE** | 3/5/2008 |
| **CASE TITLE** | In Re: Dean E Cochran | | |

**DOCKET ENTRY TEXT**

    This matter is before the court on Appellant Dean E. Cochran's ("Cochran") motion for an extension of time to file his appellant's brief. Cochran has improperly refiled the same motion that he errantly filed before the United States Bankruptcy Court nearly three months ago asking for an extension of time to file his brief in his appeal before this court. We have already dismissed Cochran's appeal and the matter is pending on appeal before the Seventh Circuit. Therefore, Cochran's improperly refiled motion [55] is denied.

    This matter is also before the court on Cochran's "Request for Order of Transcript by Reporter." (Mot. 1). This request [54] is not properly before this court, and is therefore denied. We note that, pursuant to Federal Rule of Appellate Procedure 10(b), a request for a transcript, if any, should be made with the court reporter.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|