# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 12, 2008

*Before*

RICHARD A. POSNER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| IN RE:<br>    DEAN E. COCHRAN,<br>        Debtor-Appellant.<br><br>No. 08-1281 | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 07 C 6974<br>]<br>] Samuel Der-Yeghiayan,<br>]      Judge. |

Upon consideration of the request for leave to proceed as a pauper on appeal, the district court's final order, and the record on appeal,

**IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED**. Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b).