


FILED
APR 1 0 2008
Apr 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 08, 2008

| No.: 08-1281 | IN RE: DEAN E. COCHRAN, Debtor - Appellant |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-06974
Northern District of Illinois, Eastern Division
Court Reporter Laura LaCien
Clerk/Agency Rep Michael Dobbins
District Judge Samuel Der-Yeghiayan

This cause, docketed on February 6, 2008, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: c7_FinalOrderWMandate

form ID: 137