

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

May 13, 2008

To:   Michael Dobbins
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago 60604-0000

**FILED**

MAY 1 3 2008  PH
May 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1281 | IN RE: DEAN E. COCHRAN, Debtor - Appellant |
|---|---|

District Court No: 1:07-cv-06974
Northern District of Illinois, Eastern Division
Court Reporter Laura LaCien
Clerk/Agency Rep Michael Dobbins
District Judge Samuel Der-Yeghiayan

The mandate or agency closing letter in this cause issued on 04/08/08. Returned herewith is the record which was transmitted to this court.

**RECORD ON APPEAL STATUS:**        Entire record returned consisting of

Pleadings:                              1

████████████████████████████████████████

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                               **Received by:**

_5-13-08_                               _Paula Harrison_

form name: c7_Record_Return_toDC (form ID: 205)